UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>SOLARWINDS CORPORATION, KEVIN B. THOMPSON, and J. BARTON KALSU,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§   Civil Action No: 1:21-cv-00138<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT SOLARWINDS CORPORATION'S**
**RULE 7.1 DISCLOSURES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, Defendant SolarWinds Corporation hereby files its Corporate Disclosure Statement and certifies the following:

1. SolarWinds Corporation has no parent corporation.

2. No publicly-held corporation owns 10% or more of SolarWinds Corporation's stock.

Dated: February 10, 2021        Respectfully submitted,

                  **KING & SPALDING LLP**

                  By: */s/ Paul R. Bessette*
                  Paul R. Bessette
                  Texas Bar No. 02263050
                  Michael J. Biles
                  Texas Bar No. 24008578
                  S. Saliya Subasinghe
                  Texas Bar No. 24093226
                  Jessica England
                  Texas Bar No. 24105841

500 West 2nd Street, Suite 1800
Austin, TX 78701
Tel:  512.457.2000
Fax: 512.457.2100
pbessette@kslaw.com
mbiles@kslaw.com
ssubasinghe@kslaw.com
jengland@kslaw.com

*Counsel for Defendants SolarWinds Corporation, Kevin B. Thompson, and J. Barton Kalsu*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Paul R. Bessette
Paul R. Bessette