# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| TIMOTHY BREMER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOLARWINDS CORPORATION, KEVIN B. THOMPSON, and J. BARTON KALSU,<br><br>    Defendants. | § § § § § § § § § § § § | Civil Action No: 1:21-cv-00002-RP |
| DANIEL AZPURUA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOLARWINDS CORPORATION, KEVIN B. THOMPSON, and J. BARTON KALSU,<br><br>    Defendants. | § § § § § § § § § § § § | Civil Action No: 1:21-cv-00047-RP |
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOLARWINDS CORPORATION, KEVIN B. THOMPSON, and J. BARTON KALSU,<br><br>    Defendants. | § § § § § § § § § § § § § | Civil Action No: 1:21-cv-00138-RP |

**[PROPOSED] ORDER ON DEFENDANTS' DEADLINE TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINTS
<u>AND SUBSEQUENT AMENDMENT</u>**

Before the Court is the Joint Stipulation Regarding Defendants' Deadline to Answer or Otherwise Respond to Plaintiffs' Complaints and Subsequent Amendment, filed by SolarWinds Corporation, Kevin B. Thompson, and J. Barton Kalsu (collectively, "Defendants") and Plaintiff Timothy Bremer, Plaintiff Daniel Azpurua, and Plaintiff New York City District Council of Carpenters Pension Fund, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs" and together with Defendants, the "Parties"). The Parties agree to vacate Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaints. The Parties also agree that within 10 days of the entry of an order consolidating the above-captioned actions and appointing lead plaintiff and lead counsel, Defendants' counsel will consult with lead counsel on a proposed schedule for the filing of a consolidated complaint and Defendants' time to respond to the consolidated complaint. Defendants and the Court-appointed lead plaintiff will then submit the proposed schedule to the Court for its consideration. Having considered the Parties' stipulation, the Court finds that it should be and hereby is GRANTED. It is therefore ORDERED that:

1. Defendants are not required to respond to the Complaints in any of the above-captioned actions.

2. These actions are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, which provides for the appointment of a lead plaintiff and lead counsel.

3. Within 10 days of the entry of an order consolidating the above-captioned actions and appointing lead plaintiff and lead counsel, Defendants' counsel will consult with lead counsel on a proposed schedule for the filing of a consolidated complaint and Defendants' time to respond to the consolidated complaint, which Defendants and the Court-appointed lead plaintiff will then submit to the Court for its consideration.

3

    4.    Defendants' counsel is authorized to and hereby accepts and waives service of the summons and complaint in each of the above-captioned actions on behalf of each of the Defendants. Defendants preserve all defenses except as to sufficiency of service of process.

    It is so ORDERED.

Dated _____, 2021

_____
The Honorable Robert L. Pitman
United States District Judge