# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Kristin O'Brien, on behalf of New York City District Council of Carpenters Pension Fund ("NYC Carpenters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of NYC Carpenters.  I have reviewed the complaint and authorize its filing.

2. NYC Carpenters did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. NYC Carpenters is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. NYC Carpenters' transactions in the SolarWinds Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. NYC Carpenters has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. NYC Carpenters will not accept any payment for serving as a representative party on behalf of the Class beyond NYC Carpenters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of February, 2021.

Kristin O'Brien
Executive Director
*New York City District Council of*
*Carpenters Pension Fund*

**New York City District Council of Carpenters Pension Fund
Transactions in SolarWinds Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/4/2019 | 6,000 | 14.1542 |
| Purchase | 1/7/2019 | 1,300 | 14.6638 |
| Purchase | 1/8/2019 | 5,900 | 15.1307 |
| Purchase | 1/9/2019 | 5,200 | 15.3956 |
| Purchase | 1/10/2019 | 2,500 | 15.5694 |
| Purchase | 1/11/2019 | 2,200 | 15.7632 |
| Purchase | 1/14/2019 | 1,800 | 15.6609 |
| Purchase | 1/15/2019 | 1,900 | 15.9252 |
| Purchase | 1/16/2019 | 700 | 16.2343 |
| Purchase | 1/17/2019 | 1,900 | 16.1570 |
| Purchase | 1/18/2019 | 1,600 | 17.0229 |
| Purchase | 1/25/2019 | 145 | 17.1565 |
| Purchase | 2/11/2019 | 300 | 18.1761 |
| Purchase | 2/11/2019 | 1,100 | 18.1470 |
| Purchase | 2/12/2019 | 300 | 18.4869 |
| Purchase | 2/13/2019 | 300 | 18.8234 |
| Purchase | 8/2/2019 | 11,070 | 17.8607 |
| Purchase | 8/5/2019 | 3,500 | 17.1789 |
| Purchase | 8/6/2019 | 1,030 | 17.2034 |
| Purchase | 11/12/2019 | 475 | 19.2295 |
| Purchase | 11/20/2019 | 7,650 | 19.2400 |
| Purchase | 4/16/2020 | 385 | 16.2375 |
| Purchase | 6/3/2020 | 1,415 | 19.4182 |