# EXHIBIT B

**NYC Carpenters**
Loss in SolarWinds Corporation
Class Period: 10/18/18 - 12/17/20
CUSIP: 83417Q105
Retained share price: $15.9198 (12/18/20 - 03/04/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/4/2019 | 6,000 | 14.1542 | $84,925.20 | | | | | |
| Purchase | 1/7/2019 | 1,300 | 14.6638 | $19,062.94 | | | | | |
| Purchase | 1/8/2019 | 5,900 | 15.1307 | $89,271.13 | | | | | |
| Purchase | 1/9/2019 | 5,200 | 15.3956 | $80,057.12 | | | | | |
| Purchase | 1/10/2019 | 2,500 | 15.5694 | $38,923.50 | | | | | |
| Purchase | 1/11/2019 | 2,200 | 15.7632 | $34,679.04 | | | | | |
| Purchase | 1/14/2019 | 1,800 | 15.6609 | $28,189.62 | | | | | |
| Purchase | 1/15/2019 | 1,900 | 15.9252 | $30,257.88 | | | | | |
| Purchase | 1/16/2019 | 700 | 16.2343 | $11,364.01 | | | | | |
| Purchase | 1/17/2019 | 1,900 | 16.1570 | $30,698.30 | | | | | |
| Purchase | 1/18/2019 | 1,600 | 17.0229 | $27,236.64 | | | | | |
| Purchase | 1/25/2019 | 145 | 17.1565 | $2,487.69 | | | | | |
| Purchase | 2/11/2019 | 300 | 18.1761 | $5,452.83 | | | | | |
| Purchase | 2/11/2019 | 1,100 | 18.1470 | $19,961.70 | | | | | |
| Purchase | 2/12/2019 | 300 | 18.4869 | $5,546.07 | | | | | |
| Purchase | 2/13/2019 | 300 | 18.8234 | $5,647.02 | | | | | |
| Purchase | 8/2/2019 | 11,070 | 17.8607 | $197,717.95 | | | | | |
| Purchase | 8/5/2019 | 3,500 | 17.1789 | $60,126.15 | | | | | |
| Purchase | 8/6/2019 | 1,030 | 17.2034 | $17,719.50 | | | | | |
| Purchase | 11/12/2019 | 475 | 19.2295 | $9,134.01 | | | | | |
| Purchase | 11/20/2019 | 7,650 | 19.2400 | $147,186.00 | | | | | |
| Purchase | 4/16/2020 | 385 | 16.2375 | $6,251.44 | | | | | |
| Purchase | 6/3/2020 | 1,415 | 19.4182 | $27,476.75 | Retained | | (58,670) | 15.9198 | ($934,014.90) |
| | | 58,670 | | $979,372.49 | | | (58,670) | | ($934,014.90) |

**Loss** **($45,357.59)**