# EXHIBIT C

**Timothy L. Bremer**
Loss in SolarWinds Corporation
Class Period: 10/18/18 - 12/17/20
CUSIP: 83417Q105
Retained share price: $15.9198 (12/18/20 - 03/04/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/23/2020 | 2 | 19.9300 | $39.86 | | | | | |
| Purchase | 10/22/2020 | 38 | 21.5400 | $818.52 | Retained | | (40) | 15.9198 | ($636.79) |
| | | 40 | | $858.38 | | | (40) | | ($636.79) |
| | | | | | | | | **Loss** | **($221.59)** |