# EXHIBIT D

**Daniel Azpurua**

Loss in SolarWinds Corporation
Class Period: 10/18/18 - 12/17/20
CUSIP: 83417Q105
Retained share price: $15.9198 (12/18/20 - 03/04/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/14/2020 | 320 | 19.5557 | $6,257.82 | | | | | |
| Purchase | 12/14/2020 | 1,470 | 19.5400 | $28,723.80 | | | | | |
| Purchase | 12/14/2020 | 30 | 19.5350 | $586.05 | | | | | |
| Purchase | 12/15/2020 | 426 | 18.4085 | $7,842.02 | Retained | | (2,246) | 15.9198 | ($35,755.88) |
| | | 2,246 | | $43,409.70 | | | (2,246) | | ($35,755.88) |

**Loss** **($7,653.82)**