UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TIMOTHY BREMER, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>SOLARWINDS CORPORATION, KEVIN B. THOMPSON, and J. BARTON KALSU,<br><br>                Defendants. | Case No. 1:21-cv-00002-RP<br><br>CLASS ACTION |
| DANIEL AZPURUA, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>SOLARWINDS CORPORATION, KEVIN B. THOMPSON, and J. BARTON KALSU,<br><br>                Defendants. | Case No. 1:21-cv-00047-RP<br><br>CLASS ACTION |

*Caption continued on next page.*


**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>SOLARWINDS CORPORATION, KEVIN B. THOMPSON, and J. BARTON KALSU,<br><br>     Defendants. | Case No. 1:21-cv-00138-RP<br><br>CLASS ACTION |

Upon consideration of: (1) the Unopposed Motion of New York City District Council of Carpenters Pension Fund ("NYC Carpenters") for consolidation of related actions, appointment as Lead Plaintiff, and approval of Lead Plaintiff's selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Gerald T. Drought; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. NYC Carpenters' Motion is **GRANTED**.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Azpurua v. SolarWinds Corporation*, No. 1:21-cv-00047-RP (W.D. Tex.), and *New York City District Council of Carpenters Pension Fund v. SolarWinds Corporation*, No. 1:21-cv-00138-RP (W.D. Tex.), are consolidated with *Bremer v. SolarWinds Corporation*, No. 1:21-cv-00002-RP (W.D. Tex.) (collectively, the "Consolidated Action").

3. In accordance with Rule 42(a), any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

4. NYC Carpenters is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the Consolidated Action and all related actions consolidated pursuant to paragraph 3 of this Order.

5. NYC Carpenters' selection of Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

6. The Consolidated Action shall be captioned *In re SolarWinds Corporation Securities Litigation*, and the file shall be maintained under Master File No. 1:21-cv-00002-RP.

**IT IS SO ORDERED**.

Dated: _____, _____

                                                     HON. ROBERT PITMAN
                                          UNITED STATES DISTRICT JUDGE