**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE SOLARWINDS CORPORATION | § | |
| SECURITIES LITIGATION | § | MASTER FILE NO. 1:21-CV-138-RP |
| | § | |
| | § | |
| | § | |

## AMENDED SCHEDULING ORDER

After considering the Parties' Joint Motion for Amended Scheduling Order, the Court finds that the Joint Motion should be granted.  Accordingly, it is **ORDERED** that the March 18, 2021 Scheduling Order (Dkt No. 21) is amended as follows:

1. Defendants shall file their motion(s) to dismiss the consolidated complaint by August 2, 2021;

2. Lead Plaintiff's response in opposition to any motion(s) to dismiss are due within sixty (60) days of the filing of the motion(s) to dismiss; and

3. Defendants may file a reply in support of their motion(s) to dismiss within thirty (30) days of the filing of the response in opposition to the motion to dismiss.

SIGNED this the _17th_ day of _June_____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE