**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP <br><br> <u>CLASS ACTION</u> |

## <u>ORDER ON LEAD PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY</u>

On June 29, 2021, Lead Plaintiff New York City District Council of Carpenters Pension Fund filed an Unopposed Motion to Substitute Party to substitute Silver Lake Technology Management, L.L.C. and Silver Lake Group L.L.C. as party defendants in this action in place of Silver Lake Partners, LLC. The Court has considered the Unopposed Motion and finds good cause to grant the relief requested therein.

Accordingly, **IT IS ORDERED** that Lead Plaintiff's Unopposed Motion to Substitute Party is **GRANTED**.  It is **FURTHER ORDERED** that Silver Lake Technology Management, L.L.C. and Silver Lake Group L.L.C. are substituted as party defendants in this action in place of Silver Lake Partners, LLC.  All prior pleadings, motions, answers, and/or other filed documents in this case reflecting "Silver Lake Partners, LLC" shall be deemed to say "Silver Lake Technology Management, L.L.C. and Silver Lake Group L.L.C."

**SO ORDERED** this 30th day of ____June_____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE