# Exhibit 3

**From:** Dada, Gerardo [/O=SOLARWINDS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DADA, GERARDO8D8]
**Sent:** 5/15/2017 5:49:06 PM
**To:** Ian Trump [itrump@octopitech.com]
**Subject:** RE: Quick

Ian,

Thanks for your note. I agree with our assessment and I appreciate the effort and candor you put behind trying to do the right thing at SolarWinds. I wish you the best in your new role and I sincerely hope it gives you the opportunity to do exactly what you wanted to do.

Let me know when you have your flights to Austin booked

Thanks

-Gerardo

---

**From:** Ian Trump [mailto:itrump@octopitech.com]
**Sent:** Monday, May 15, 2017 10:54 AM
**To:** Dada, Gerardo <gerardo.dada@solarwinds.com>
**Subject:** Re: Quick

Hi Gerardo,

Much appreciated. It saddens me greatly to leave but, the organisation was not interested in accommodating me or retaining my services at my level of expectation.

Often, one has to look outside to get to their next level of development. It's telling to me that my job and plan were essentially used for the VP architecture job which was posted prior to my departure. Yet I was not considered for the role.

My job at LogicNow was to increase the valuation of LogicNow by building a security brand out of an RMM tool. With few resources and minimal support I am immensely proud of that accomplishment. An accomplishment which is linked to my personal brand in the MSP and Security community.

Unfortunately and in my opinion the current SW MSP leadership is unable to support that brand and unwilling to make the corrections necessary. A point I made in my briefing to the CIO - a point perhaps I made too emphatically.

Whatever the case, when you have lost faith in the leadership and can't fix the problem you need to look else where to find your next thing that fulfils you.

For me that is not to watch a brand I built die and too effect positive change in an organisation. Too painful to be a part of, too painful to watch from the sidelines as mistake after mistake unfolded. All the same though, great life lessons and a illustrative story of "how not to SaaS" so many experiences (some great, some not so great) to take forward to my next job and the next one after that.

Truly wishing you all the best and I am sure are paths will cross again. I'll be presenting at channel con in Austin. Probably on state sponsored malware - talk about a topical conversation these days.

Ian

Sent from my iPhone

On 15 May 2017, at 16:22, Dada, Gerardo <gerardo.dada@solarwinds.com> wrote:

> Two more emails for you. I don't mind forwarding anything that comes to you that seems relevant
>
> I am sorry we did not get to say goodbye and to thanks you for everything you did. I hope we stay in touch. I texted you on the 11th without luck.
>
> Wish you all the best
>
> -Gerardo
>
> <mime-attachment>
>
> <mime-attachment>