# Exhibit 5



# Company

**About SolarWinds (/company/home)**

**Investors (https://investors.solarwinds.com/overview/default.aspx)**

**Newsroom (/company/newsroom)**

**Careers (https://solarwinds.jobs/)**

**Management (https://investors.solarwinds.com/corporate-governance/management/default.aspx)**

**Contact Us (/company/contact-us)**

**Global Headquarters**
Austin, Texas

**Number of Employees**
3,200+ worldwide

**Customers Worldwide**
320,000+ in 190 countries, including 499 of the Fortune 500®
22,000+ MSPs serving over 450,000 organizations

**Market Leadership**
#1 in Network Management [1]
#3 in Systems Management [2]

# SolarWinds: We Make IT Look Easy

The job of the technology professional is hard. Technology is pervasive, complex and always changing. End users can be demanding, and businesses need constant access to an ever-expanding ecosystem of applications and infrastructure. The expectations for IT performance and availability are high, and the responsibility to deliver on those expectations rests squarely on the shoulders of today's technology professionals.

For 20 years, we have been committed to the technology professionals we serve and to understanding their challenges and how they want them addressed.

We are a leading provider of powerful and affordable IT infrastructure management software. Our products give organizations worldwide, regardless of type, size or IT infrastructure complexity, the power to monitor and manage the performance of their IT environments, whether on-premises, in the cloud, or in hybrid models.

Simply put, we work to:

### Understand IT

Our business is built around helping technology professionals—IT operations professionals, DevOps professionals and managed service providers (MSPs)—solve today's IT challenges. Our relationship and engagement with them gives us insight and understanding we rely upon to deliver products designed to solve IT management problems the way technology professionals want them solved. We foster this relationship through our daily engagement on THWACK, our online community of over 150,000 registered members.

### Build for IT

We build products designed to manage the simplest to the most complex IT environments, no matter the size of organization. Our products are both powerful and affordable and address well-understood problems in IT management. Our products are built to be powerful, extensible and scalable enough to address the complex and evolving needs of organizations of all sizes.

### Make IT Simple

We strive to take complexity out of IT, regardless of how an organization manages its IT infrastructure, where it is physically located or from where it is managed. We design products to deliver value quickly and empower technology professionals to do their jobs more effectively and efficiently.

### Make IT Work

Our customers do not have to sacrifice power for usability, or ease of use for depth and breadth of functionality. We develop IT monitoring and management software to be effective, accessible and easy to use and to JUST WORK.

### Solve IT

We build products to address IT management needs in ways that align with how today's technology professionals work on a day-to-day basis. Our products support technology professionals in delivering the level of technology performance their businesses demand.

Our focus on the technology professional and commitment to excellence in end-to-end hybrid IT performance management has established SolarWinds as a worldwide leader in network and systems management software and MSP solutions.

1. IDC defined Network Management Software functional market, IDC's Worldwide Semiannual Software Tracker, May 15, 2020.

2. Gartner, Market Share Analysis: ITOM: Performance Analysis Software, Worldwide, 2019. June 17, 2020. (AIOps/ITIM/Other Monitoring Tools Software Market). SolarWinds term, Systems Management, refers to the AIOps/ITIM/Other Monitoring Tools Software Market Taxonomy referenced in the Gartner report. All statements in this report attributable to Gartner represent SolarWinds interpretation of data, research opinion, or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this presentation). The opinions expressed in Gartner publications are not representations of fact and are subject to change without notice.

We're Geekbuilt.®

Developed by network and systems engineers who know what it takes to manage today's dynamic IT environments, SolarWinds has a deep connection to the IT community.

The result? IT management products that are effective, accessible, and easy to use.

(https://www.facebook.com/SolarWinds)    (https://twitter.com/solarwinds)

(https://www.youtube.com/user/solarwindsinc)    (https://www.linkedin.com/company/solarwinds)

COMPANY (/COMPANY/HOME)

INVESTORS (HTTPS://INVESTORS.SOLARWINDS.COM/OVERVIEW/DEFAULT.ASPX)

EVENTS (/EVENTS)

CAREER CENTER (HTTPS://WWW.SOLARWINDS.JOBS/)

SECURITY ADVISORY (/SA-OVERVIEW/SECURITYADVISORY)

RESOURCE CENTER (/RESOURCES)

PREFERENCE CENTER (HTTPS://LAUNCH.SOLARWINDS.COM/SUBSCRIPTION-CENTER.HTML)

FOR CUSTOMERS (HTTPS://CUSTOMERPORTAL.SOLARWINDS.COM/)

FOR GOVERNMENT (/FEDERAL-GOVERNMENT/IT-MANAGEMENT-SOLUTIONS-FOR-GOVERNMENT)

GDPR RESOURCE CENTER (/GENERAL-DATA-PROTECTION-REGULATION-CORE-IT)

Legal Documents (/legal/legal-documents)    Privacy (/legal/privacy)    California Privacy Rights (/legal/privacy#california-privacy-rights)    Security Information (/information-security)    Documentation & Uninstall Information (https://support.solarwinds.com/SuccessCenter/s/)    Trust Center (/trust-center)

© 2021 SolarWinds Worldwide, LLC. All rights reserved.