# Exhibit 6

Information Technology

# Gartner Glossary

Menu

Gartner Glossary (/en/glossary)    Information Technology Glossary (/en/information-technology/glossary)    M (/en/information-technology/glossary?startsWith=M&pageSize=all&nPage=1&showLocalizedContent=false&languageCode=en&glossaryTypeTag=emt:page/function/it)    Managed Service Provider (MSP)

# Managed Service Provider (MSP)

A managed service provider (MSP) delivers services, such as network, application, infrastructure and security, via ongoing and regular support and active administration on customers' premises, in their MSP's data center (hosting), or in a third-party data center. MSPs may deliver their own native services in conjunction with other providers' services (for example, a security MSP providing sys admin on top of a third-party cloud IaaS). Pure-play MSPs focus on one vendor or technology, usually their own core offerings. Many MSPs include services from other types of providers. The term MSP traditionally was applied to infrastructure or device-centric types of services but has expanded to include any continuous, regular management, maintenance and support.

## Recommended Content for You

Customer Success Story

**Driving Value With Technology** (/en/information-technology/customer-success-stories/driving-value-with-technology)

Read Now

Post

nented software portfolios - the modern arena of software sourcing?