# Exhibit 9



SERVICES  CONTACT US  FRANÇAIS  SIGN IN  REGISTER



# SolarWinds Announces Rani Johnson as Chief Information Officer

As CIO, Johnson will lead the SolarWinds IT and business applications teams

April 25, 2017 06:30 ET | Source: SolarWinds Worldwide, LLC.







AUSTIN, Texas, April 25, 2017 (GLOBE NEWSWIRE) -- SolarWinds, a leading provider of powerful and affordable IT management software, today announced that Rani Johnson has been appointed global vice president and chief information officer (CIO). Under Johnson's leadership, the SolarWinds IT and business applications teams will continue to lead partnerships that align focus on business priorities while leveraging technology to drive operational efficiencies across the company. She will report directly to Joseph Kim, senior vice president and global chief technology officer, SolarWinds.

A photo accompanying this announcement is available at http://www.globenewswire.com/NewsRoom/AttachmentNg/d978074c-5257-486e-ad4d-78d5b3804917

"I'm honored to be a part of the SolarWinds team and excited for the future of this great company," Johnson said. "IT and business applications are one of the most critical components of business success in today's connected world. Technology—from the cloud to hyperconvergence to software-defined infrastructure and everything in between—provides many opportunities for companies to better meet the needs of customers. At SolarWinds, we're committed to using technology to help ensure our products are easy for our customers to find, buy, use, maintain, and scale."

Johnson brings 20 years of experience in IT, as well as a background in technical sales and product management, to her role at SolarWinds. She previously led the IT function at companies in both the energy and software industries, most recently as the CIO for the Lower Colorado River Authority.



engineering from the Georgia Institute of Technology.

"Rani brings an impressive information technology background combined with unrivaled enthusiasm for the positive impact technology can have on business," Kim said. "I'm excited to work with her as we do our part to make SolarWinds the best IT management software company."

**Connect with SolarWinds**

- [THWACK](#)®
- [Twitter](#)®
- [Facebook](#)®
- [LinkedIn](#)®

**About SolarWinds**

SolarWinds provides powerful and affordable IT management software to customers worldwide, from Fortune 500® enterprises to small businesses, managed service providers (MSPs), government agencies, and educational institutions. We are committed to focusing exclusively on IT, MSP, and DevOps professionals, and strive to eliminate the complexity that our customers have been forced to accept from traditional enterprise software vendors. Regardless of where the IT asset or user sits, SolarWinds delivers products that are easy to find, buy, use, maintain, and scale while providing the power to address key areas of the infrastructure from on-premises to the cloud. This focus and commitment to excellence in end-to-end hybrid IT performance management has established SolarWinds as the worldwide leader in both network management software and MSP solutions, and is driving similar growth across the full spectrum of IT management software. Our solutions are rooted in our deep connection to our user base, which interacts in our [THWACK](#) online community to solve problems, share technology and best practices, and directly participate in our product development process. Learn more today at [www.solarwinds.com](#).

*The SolarWinds, SolarWinds & Design, Orion, and THWACK trademarks are the exclusive property of SolarWinds Worldwide, LLC or its affiliates, are registered with the U.S. Patent and Trademark Office, and may be registered or pending registration in other countries. All other SolarWinds trademarks, service marks, and logos may be common law marks or are registered or pending registration. All other trademarks mentioned herein are used for identification purposes only and are trademarks of (and may be registered trademarks of) their respective companies.*