# Exhibit 11

 (/)

About Us (/) > Tim Brown



Connect:


(https://twitter.com/tgbrown)
# Tim Brown

Vice President of Security, SolarWinds

Tim Brown is at the front line of the most vexing challenge facing organizations today: IT security. Tim is currently the VP of security for SolarWinds with responsibility spanning internal IT security, product security, and security strategy. As a former Dell Fellow, CTO, chief product officer, chief architect, distinguished engineer, and director of security strategy, Tim deeply understands the challenges and aspirations of the person responsible for driving digital innovation and change. Tim has over 20 years of experience developing and implementing security technology, including identity and access management, vulnerability assessment,

security compliance, threat research, vulnerability management, encryption, managed security services, and cloud security. Nationally, his trusted advisor status has taken him from meeting with members of Congress and the Senate to the Situation Room in the White House. He has been on the board of the Open Identity Exchange and a member of the Trans Global Secure Collaboration Program, driving advancements in identity frameworks and working with the U.S. government on security initiatives. He is a member of the advisory board for Clemson University and holds 18 issued patents on security-related topics. Tim has presented on security before a wide number of audiences at a range of events including but not limited

to: RSA, Annual Symposium on Information Assurance, Cloud Security Alliance, DISA Conference, DSG Security, Dell World, Dreamforce, ISACA, Intech Forums, Lloyds of London, IoTSSA, National Association of State Technology Directors, The Open Group, and before the U.S. Congress and the White House. Nationally, his trusted advisor status has taken him from meeting with members of Congress and the Senate to the Situation Room in the White House. He has been on the board of the Open Identity Exchange and a member of the Trans Global Secure Collaboration Program, driving advancements in identity frameworks and working with the U.S. government on security initiatives. He is a member of the advisory board for Clemson University and holds 18 issued patents on security-related topics. Tim has presented on security before a wide number of audiences at a range of events including but not limited to: RSA, Annual Symposium on Information Assurance, Cloud Security Alliance, DISA

Conference, DSG Security, Dell World, Dreamforce, ISACA, Intech Forums, Lloyds of London, IoTSSA, National Association of State Technology Directors, The Open Group, and before the U.S. Congress and the White House.

Read More

## Posts Featuring Tim Brown


(https://orangematter.solarwinds.com/2021/06/29/secure-by-design-the-ciso-perspective-solarwinds-techpod-044/)

### Secure by Design | The CISO Perspective — SolarWinds TechPod 044
(https://orangematter.solarwinds.com/2021/06/29/secure-by-design-the-ciso-perspective-solarwinds-techpod-044/)

June 29, 2021 | Podcast (https://orangematter.solarwinds.com/category/podcast/)

CDW Technology Vice President and Chief Information Security Officer Ruben Chacon, SolarWinds® CISO and VP, Security Tim Brown, and SolarWinds Head Geek™ Thomas LaRock talk about what CISO need to know to face…

Author: SolarWinds (https://orangematter.solarwinds.com/author/solarwinds/)

Search text

## TWEETS



26 mins ago

**SolarWinds**
@solarwinds (https://twitter.com/solarwinds)

A monthly podcast where the brightest SolarWinds minds and IT industry influencers come together to share stories,… t.co/tdDyB4hbvR (https://t.co/tdDyB4hbvR)

https://twitter.com/intent/tweet?) ↩ (in_reply_to=1413577953666113539
https://twitter.com/intent/retweet?) 0 ⇄ (tweet_id=1413577953666113539
https://twitter.com/intent/like?) 1 ♥ (tweet_id=1413577953666113539



5 hours ago

**SolarWinds**
@solarwinds (https://twitter.com/solarwinds)

After a year of working remotely, what are the key takeaways to learn from moving forward? t.co/ojVgZVfXsZ (https://t.co/ojVgZVfXsZ)

https://twitter.com/intent/tweet?) ↩ (in_reply_to=1413504214353907716
https://twitter.com/intent/retweet?) 2 ⇄ (tweet_id=1413504214353907716
https://twitter.com/intent/like?) 3 ♥ (tweet_id=1413504214353907716