IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § § § | Civil Action No. 1:21-cv-00138-RP |

### [PROPOSED] ORDER GRANTING DEFENDANT THOMA BRAVO, LP'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Before the Court is Defendant Thoma Bravo, LP's Motion to Dismiss the Consolidated Class Action Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Upon consideration of the Motion, the pleadings, any responses thereto, and arguments of counsel, if any, the Court is of the opinion that Defendant Thoma Bravo, LP's Motion is meritorious and should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Defendant Thoma Bravo, LP's Motion is GRANTED and that Count II of Plaintiffs' Consolidated Class Action Complaint against Defendant Thoma Bravo, LP is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

Signed this _____ day of _____, 2021.

_____
United States District Judge