# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § | MASTER FILE NO. 1:21-CV-138-RP |

## JESSICA ENGLAND'S UNOPPOSED MOTION
## TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COMES NOW Jessica England, and moves to withdraw as counsel of record for Defendants SolarWinds Corporation, Kevin B. Thompson, and J. Barton Kalsu ("Defendants"), and would show the Court as follows:

Jessica England is no longer associated with King & Spalding LLP.  Paul R. Bessette and Michael J. Biles of King & Spalding LLP will remain as counsel of record for Defendants.  Service of all future pleadings or papers on Defendants should continue to be made on Paul R. Bessette and Michael J. Biles of King & Spalding LLP.  The withdrawal of Ms. England will not hinder or delay the proceedings or scheduling currently set for this case.

Plaintiffs do not oppose this motion.

WHEREFORE, the above premises considered, the undersigned requests permission to withdraw as counsel of record for Defendants in this case.

Dated: September 14, 2021

Respectfully submitted,

*/s/ Jessica England*
Jessica England
Texas Bar No. 24105841
**KING & SPALDING LLP**
500 West 2nd Street, Suite 1800
Austin, TX 78701
Tel:  512.457.2012
Fax: 512.457.2100
jengland@kslaw.com

*Counsel for Defendants SolarWinds
Corporation, Kevin B. Thompson, and
J. Barton Kalsu*

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule 37(a)(1) and Local Rule CV-7(g), I certify that Defendants contacted Jonathan Uslaner, who stated that he is not opposed to this motion.

*/s/ Jessica England*
Jessica England

## CERTIFICATE OF SERVICE

I certify that on September 14, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jessica England*
Jessica England