# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § MASTER FILE NO. 1:21-CV-138-RP |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule AT-3 of the U.S. District Court for the Western District of Texas, Srimath Saliya Subasinghe, of the law firm of King & Spalding LLP, hereby submits this Motion of Withdrawal of Counsel for defendants SolarWinds Corporation, Kevin B. Thompson, and J. Barton Kalsu ("Defendants"), with removal from all notices and services. Mr. Subasinghe's last day at the firm will be September 17, 2021. King & Spalding LLP will continue to represent Defendants, so this withdrawal will cause no party any prejudice. Accordingly, Defendants respectfully request that the Court enter an order granting the withdrawal of Srimath Saliya Subasinghe.

Plaintiffs do not oppose this motion.

Dated: September 14, 2021

Respectfully submitted,

*/s/ Srimath Saliya Subasinghe*
Srimath Saliya Subasinghe
Texas Bar No. 24093226
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, TX  78701
ssubasinghe@kslaw.com
Tel:  (512) 457-2000
Fax: (512) 457-2100

*Counsel for Defendants SolarWinds Corp., Kevin B. Thompson, and J. Barton Kalsu*

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule 37(a)(1) and Local Rule CV-7(g), I certify that I contacted Jonathan Uslaner, who stated that Plaintiffs are not opposed to this motion.

*/s/ Srimath Saliya Subasinghe*<br>
Srimath Saliya Subasinghe

## CERTIFICATE OF SERVICE

I certify that on September 14, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Srimath Saliya Subasinghe*<br>
Srimath Saliya Subasinghe