# Exhibit A

| Exhibit | Basis for Considering on Motion to Dismiss |
|---|---|
| Exhibit 1, White House Press Briefing Transcript (Apr. 15, 2021) | • Judicially Noticeable Government Document |
| Exhibit 2, Senate Permanent Select Intelligence Committee Hearing Transcript (Feb. 24, 2021) | • Judicially Noticeable Congressional Testimony |
| Exhibit 3, G. Dada Email to I. Thornton-Trump (May 15, 2017) | • Incorporated by Reference in the Complaint (¶ 88) |
| Exhibit 4, SolarWinds Corp. SEC Form 10-Q (May 10, 2021) | • Judicially Noticeable SEC Filing |
| Exhibit 5, SolarWinds.com Company Home webpage | • Incorporated by Reference in the Complaint (References to company website at ¶¶ 186, 201, 188, 201, 216-18, and 222, among others) <br> • Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 6, Gartner IT Glossary – Definition of "Managed Service Provider" | • Judicially Noticeable Document Providing Undisputed Definition of Term Used in Complaint |
| Exhibit 7, SolarWinds Corp. SEC Form 424(b)(4) Prospectus (Oct. 18, 2018) | • Judicially Noticeable SEC Filing |
| Exhibit 8, U.S. House of Representatives Committee on Oversight and Reform and Committee on Homeland Security Joint Hearing Transcript (Feb. 26, 2021) | • Judicially Noticeable Congressional Testimony |
| Exhibit 9, SolarWinds press release announcing Rani Johnson as Chief Information Officer (Apr. 25, 2017) | • Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 10, Dell Technologies Blog featuring Dell Fellow Tim Brown (Nov. 16, 2015) | • Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 11, Orange Matter author webpage for Tim Brown | • Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 12, N-Able blog article, "Do Your Vendors Take Security Seriously?" (Sept. 10, 2020) | • Incorporated by Reference in the Complaint (¶¶ 39, 47) <br> • Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 13, SolarWinds Corp. SEC Form 10-K (Feb. 25, 2019) | • Incorporated by Reference in the Complaint (¶ 265) <br> • Judicially Noticeable SEC Filing |
| Exhibit 14, SolarWinds Corp. SEC Form 10-K (Feb. 24, 2020) | • Incorporated by Reference in the Complaint (¶ 265) <br> • Judicially Noticeable SEC Filing |
| Exhibit 15, SolarWinds Corp. SEC Form 8-K (Dec. 14, 2020) | • Incorporated by Reference in the Complaint (¶ 226) <br> • Judicially Noticeable SEC Filing |

| | |
|---|---|
| Exhibit 16, SolarWinds Corp. SEC Form 8-K (May 7, 2021) | • Judicially Noticeable SEC Filing |
| Exhibit 17, GitHub product overview webpage | • Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 18, SolarWinds Corp. SEC Form 10-K (Mar. 1, 2021) | • Incorporated by Reference in the Complaint (¶ 177)<br>• Judicially Noticeable SEC Filing |
| Exhibit 19, Cybersecurity and Infrastructure Security Agency alert (Dec. 17, 2020) | • Judicially Noticeable Government Document |
| Exhibit 20, Bloomberg News article (Dec. 21, 2020) | • Incorporated by Reference in the Complaint (¶¶ 111, 113, 147, 163, 176)<br>• Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 21, SolarWinds.com Security Statement webpage | • Incorporated by Reference in the Complaint (¶¶ 37, 43, 45, 47, 49, 55, 57, 201-215)<br>• Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 22, NIST, Framework for Improving Critical Infrastructure Cybersecurity (Apr. 16, 2018) | • Incorporated by Reference in the Complaint (¶ 57)<br>• Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 23, NIST Questions and Answers webpage | • Incorporated by Reference in the Complaint (¶¶ 3, 31, 57, 59, 60, 217, 219, 221, 223)<br>• Judicially Noticeable Government Document |
| Exhibit 24, I. Thornton-Trump "Creating Security" presentation (Apr. 22, 2017) | • Incorporated by Reference in the Complaint (¶¶ 6, 74-84, 179-182) |
| Exhibit 25, NPR news article (Apr. 16, 2021) | • Incorporated by Reference in the Complaint (¶ 169)<br>• Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 26, Reuters news article (Dec. 15, 2020) | • Incorporated by Reference in the Complaint (¶ 110)<br>• Judicially Noticeable Document Providing Undisputed Background to Allegations in Complaint |
| Exhibit 27, SolarWinds Corp. Second Quarter 2020 Earnings Call Transcript (Aug. 6, 2020) | • Judicially Noticeable Earnings Call Transcript |
| Exhibit 28, SolarWinds Corp. Third Quarter 2020 Earnings Call Transcript (Oct. 27, 2020) | • Judicially Noticeable Earnings Call Transcript |
| Exhibit 29, SolarWinds Corp. SEC Form 4 filed on behalf of K. Thompson (Oct. 27, 2020) | • Judicially Noticeable SEC Filing |
| Exhibit 30, SolarWinds Corp. SEC Form 4 filed on behalf of K. Thompson (Nov. 18, 2020) | • Judicially Noticeable SEC Filing |
| Exhibit 31, SolarWinds Corp. SEC Form 4 filed on behalf of K. Thompson (Dec. 17, 2020) | • Judicially Noticeable SEC Filing |
| Exhibit 32, ITwire interview (Mar. 29, 2021) | • Incorporated by Reference in the Complaint (¶ 112) |