IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § § | MASTER FILE NO. 1:21-CV-138-RP |

**DECLARATION OF MICHAEL J. BILES
IN FURTHER SUPPORT OF THE SOLARWINDS DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

I, Michael J. Biles, Esq., declare as follows:

I am admitted to practice before this Court and I am a partner of the law firm of King & Spalding LLP, which represents Defendants SolarWinds Corp., Kevin B. Thompson, and Tim Brown in the above-captioned matter.

I submit this declaration in further support of the SolarWinds Defendants' Reply Brief in support of their Motion to Dismiss the Consolidated Complaint. Attached to this declaration is a true and correct copy of the following document, which Plaintiff references in Paragraph 112 of the Complaint:

32. March 29, 2021 ITwire interview with Tim Brown entitled "SolarWinds speaks out, and software dev can never be the same again." The original version can be viewed at https://itwire.com/security/solarwinds-speaks-out,-and-software-dev-can-never-be-the-same-again.html. A true and correct copy is attached as Exhibit 32.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2021.

/s/ Michael J. Biles
Michael J. Biles

## CERTIFICATE OF SERVICE

I certify that on November 1, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

/s/ Michael J. Biles
Michael J. Biles