# EXHIBIT O

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* THOMPSON KEVIN B | 2. Issuer Name **and** Ticker or Trading Symbol SolarWinds, Inc. [ SWI ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)       (First)       (Middle) C/O SOLARWINDS, INC. 7171 SOUTHWEST PARKWAY, BUILDING 400 | 3. Date of Earliest Transaction (Month/Day/Year) 01/20/2016 | X Director          10% Owner X Officer (give title below)    Other (specify below) Director, President & CEO |
| (Street) AUSTIN       TX       78735 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City)       (State)       (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/20/2016 | | M | | 2,701 | A | $18.87 | 451,837 | D | |
| Common Stock | 01/20/2016 | | M | | 4,400 | A | $20.06 | 456,237 | D | |
| Common Stock | 01/20/2016 | | M | | 5,153 | A | $28.03 | 461,390 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $18.87 | 01/20/2016 | | M | | | 2,701 | (1) | 02/25/2020 | Common Stock | 2,701 | $0.00 | 62,099 | D | |
| Employee Stock Option (right to buy) | $20.06 | 01/21/2016 | | M | | | 4,400 | (2) | 01/04/2021 | Common Stock | 4,400 | $0.00 | 89,400 | D | |
| Employee Stock Option (right to buy) | $28.03 | 01/20/2016 | | M | | | 5,153 | (3) | 01/04/2022 | Common Stock | 5,153 | $0.00 | 174,007 | D | |

**Explanation of Responses:**

1. 1/4 of the shares vested and became exercisable on February 25, 2011 and 1/48 of the shares vested and became exercisable each month thereafter.
2. 1/4 of the shares vested and became exercisable on January 4, 2012 and 1/48 of the shares vested and became exercisable each month thereafter.
3. 1/60th of the shares vested and became exercisable on February 4, 2012 and each month thereafter.

**Remarks:**

/s/ Jason W. Bliss, Attorney-in-Fact    01/22/2016

** Signature of Reporting Person       Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

SEC FORM 4

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**