# EXHIBIT R

DEF 14A 1 swi2019def14a.htm DEF 14A

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934**

Filed by the Registrant ☒          Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐        Preliminary Proxy Statement

☐        **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒        Definitive Proxy Statement

☐        Definitive Additional Materials

☐        Soliciting Material under §240.14a-12

# SOLARWINDS CORPORATION

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒        No fee required.

☐        Fee computed on table below per Exchange Act Rules 14a-6(i)(4) and 0-11.

1)      Title of each class of securities to which transaction applies:

2)      Aggregate number of securities to which transaction applies:

3)      Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

4)      Proposed maximum aggregate value of transaction:

5)      Total fee paid:

Table of Contents

☐      Fee paid previously with preliminary materials.

☐      Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

1)      Amount Previously Paid:

2)      Form, Schedule or Registration Statement No.:

3)      Filing Party:

4)      Date Filed:

Table of Contents



**SolarWinds Corporation**
**7171 Southwest Parkway**
**Building 400**
**Austin, Texas 78735**

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**
**TO BE HELD MAY 16, 2019**

To the Stockholders of SolarWinds Corporation:

The annual meeting of stockholders for SolarWinds Corporation will be held on Thursday, May 16, 2019 at 9:00 a.m. Central Time. The annual meeting of stockholders will be a completely "virtual" meeting. You will be able to attend the meeting, as well as vote and submit your questions during the live webcast of the meeting, by visiting www.virtualshareholdermeeting.com/SWI2019 and entering the company number and control number included on your proxy card or in the instructions that accompany your proxy materials.

The purposes of the meeting are:

1. To elect four Class I directors named in the accompanying proxy statement (Proposal One);

2. To ratify the appointment of PricewaterhouseCoopers LLP as our independent registered public accounting firm for the fiscal year ending December 31, 2019 (Proposal Two);

3. To transact such other business as may properly come before the annual meeting.

Our board of directors has fixed the close of business on March 22, 2019 as the record date for determining holders of our common stock entitled to notice of, and to vote at, the annual meeting or any adjournments or postponements thereof. This notice of annual meeting of stockholders and accompanying proxy statement are being distributed or made available to stockholders beginning on or about April 5, 2019.

**YOUR VOTE IS IMPORTANT!**

**Whether or not you expect to attend the meeting, please promptly vote your shares either over the Internet, by telephone, or by mail so that your shares may be represented at the meeting.**

---

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE STOCKHOLDER MEETING TO BE HELD ON MAY 16, 2019 AT 9:00 A.M. CENTRAL TIME IN A LIVE WEBCAST AT www.virtualshareholdermeeting.com/SWI2019: THIS PROXY STATEMENT AND 2018 ANNUAL REPORT ARE AVAILABLE AT *www.proxyvote.com*.**

---

By order of the Board of Directors,

Kevin B. Thompson
President, Chief Executive Officer and Director

Austin, Texas
Date: April 5, 2019

**SolarWinds Corporation**
**Proxy Statement**
**For the Annual Meeting of Stockholders**
**To Be Held on May 16, 2019**

**TABLE OF CONTENTS**

| | |
|---|---|
| QUESTIONS AND ANSWERS | 1 |
| **PROPOSAL ONE: ELECTION OF DIRECTORS** | **6** |
| Nominees for Election as Class I Directors at the Annual Meeting | 6 |
| Required Vote and Recommendation of the Board for Proposal One | 7 |
| Continuing Directors Not Standing for Election | 7 |
| CORPORATE GOVERNANCE | 9 |
| Board of Directors | 9 |
| Certain Sponsor Rights | 9 |
| Board Leadership | 9 |
| Risk Oversight | 10 |
| Committees of Our Board of Directors | 10 |
| Director Independence | 11 |
| Communications to the Board of Directors | 11 |
| Director Nomination Procedures | 12 |
| Board and Annual Meetings Attendance | 12 |
| Security Ownership of Certain Beneficial Holders and Management | 13 |
| Section 16(a) Beneficial Ownership Reporting Compliance | 14 |
| Code of Business Ethics and Conduct | 15 |
| CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS | 16 |
| Registration Rights Agreement | 16 |
| Amended and Restated Stockholders' Agreement | 17 |
| Management Fee Agreement | 18 |
| Policies and Procedures for Related Party Transactions | 18 |
| **PROPOSAL TWO: RATIFICATION OF APPOINTMENT OF INDEPENDENT AUDITORS** | **19** |
| Required Vote and Recommendation of the Board for Proposal Two | 19 |
| Audit and Non-Audit Fees | 19 |
| Pre-Approval of Audit and Non-Audit Services | 19 |
| REPORT OF THE AUDIT COMMITTEE | 21 |
| EXECUTIVE OFFICERS | 22 |
| EXECUTIVE COMPENSATION | 23 |
| Summary Compensation Table | 23 |
| Narrative Disclosure to Summary Compensation Table | 24 |
| Outstanding Equity Awards at December 31, 2018 | 26 |
| Employment Agreements | 26 |
| Director Compensation Table | 29 |
| Narrative Disclosure to Director Compensation Table | 30 |
| Limitations of Liability; Indemnification of Directors and Officers | 30 |
| Indemnity Agreements | 31 |
| Compensation Committee Interlocks and Insider Participation | 31 |
| Compensation Policies and Practices and Our Risk Management | 31 |
| Trading Plans | 32 |
| OTHER MATTERS | 33 |

Table of Contents

**Trading Plans**

We have authorized our executive officers to enter into trading plans established according to Section 10b5-1 of the Exchange Act with an independent broker-dealer designated by us. These trading plans are structured to comply with the requirements of Rule 10b5-1 under the Exchange Act. Additionally, all transactions under the trading plans must be structured so that the executive officer adopting the trading plan maintains compliance with transfer restrictions applicable to our executive officers under our stockholders' agreement. Once a plan is adopted, the executive officer no longer has control over the decision to exercise and sell the securities in the plan, unless he amends or terminates the trading plan during a trading window. The purpose of such plans is to enable executive officers to recognize the value of their compensation and diversify their holdings of our stock during periods in which the officer would be unable to sell our common stock because material information about us had not been publicly released. As of the record date, all of our executive officers had an active trading plan although no trades will occur under the trading plans until following the expiration of the lock-up period under the lock-up agreements entered into between our executive officers and the underwriters of our IPO.

32