# EXHIBIT U

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden
hours per response... 0.5

| 1. Name and Address of Reporting Person [*]  THOMPSON KEVIN B | 2. Issuer Name **and** Ticker or Trading Symbol  **SolarWinds Corp [ SWI ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)  __X__ Director    _____ 10% Owner |
| --- | --- | --- |
| (Last)    (First)    (Middle)  **C/O SOLARWINDS CORPORATION, 7171 SOUTHWEST PARKWAY, BUILDING 400** | 3. Date of Earliest Transaction (MM/DD/YYYY)  **11/13/2019** | __X__ Officer (give title below)    _____ Other (specify below)  **President & CEO** |
| (Street)  **AUSTIN, TX 78735**  (City)    (State)    (Zip) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line)  **_X _** Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Common Stock** | 11/13/2019 | | S | | 5174 [(1)] | D | $18.7067 [(2)] | 95712 | I | **By Son** |
| **Common Stock** | 11/13/2019 | | S | | 5174 [(1)] | D | $18.7087 [(3)] | 95712 | I | **By Daughter** |
| **Common Stock** | 11/14/2019 | | S | | 2144 [(1)] | D | $19.0191 [(4)] | 2858236 | D | |

## Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

 **(1)**  Shares sold pursuant to a 10b5-1 trading plan.

**(2)** This transaction was executed in multiple trades at prices ranging from $18.62 to $18.91, inclusive. The price range reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares sold and each separate price within the ranges set forth in this footnote.

**(3)** This transaction was executed in multiple trades at prices ranging from $18.62 to $18.92, inclusive. The price range reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares sold and each separate price within the ranges set forth in this footnote.

**(4)** This transaction was executed in multiple trades at prices ranging from $19.00 to $19.05, inclusive. The price range reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares sold and each separate price within the ranges set forth in this footnote.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **THOMPSON KEVIN B**<br>**C/O SOLARWINDS CORPORATION**<br>**7171 SOUTHWEST PARKWAY, BUILDING 400**<br>**AUSTIN, TX 78735** | **X** | | **President & CEO** | |

**Signatures**

| | |
|---|---|
| **/s/ Jason W. Bliss Attorney-in-Fact for Kevin B. Thompson** | **11/15/2019** |
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**\*** If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**\*\*** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.