# EXHIBIT V

Case 1:21-cv-00138-RP    Document 62-22    Filed 11/01/21    Page 2 of 3

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden
hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * <br><br>**THOMPSON KEVIN B** | 2. Issuer Name **and** Ticker or Trading Symbol <br><br>**SolarWinds Corp [ SWI ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br>__X__ Director _____ 10% Owner <br><br>__X__ Officer (give title below) _____ Other (specify below) <br>**President & CEO** |
|---|---|---|
| (Last) (First) (Middle) <br><br>**C/O SOLARWINDS CORPORATION, 7171 SOUTHWEST PARKWAY, BUILDING 400** | 3. Date of Earliest Transaction (MM/DD/YYYY) <br><br>**3/16/2020** | |
| (Street) <br><br>**AUSTIN, TX 78735** <br>(City) (State) (Zip) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br>**_X _** Form filed by One Reporting Person <br>___ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 3/16/2020 | | A | | 144665 (1) | A | $0 | 3002901 | D | |
| Common Stock | 3/16/2020 | | A | | 255777 (2) | A | $0 | 3258678 | D | |
| Common Stock | 3/16/2020 | | F | | 15418 (3) | D | $13.36 | 3243260 | D | |
| Common Stock | | | | | | | | 93125 | I | By Daughter |
| Common Stock | | | | | | | | 93125 | I | By Son |

## Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**(1)**  Represents performance stock units awarded pursuant to the issuer's 2018 Equity Incentive Plan for which performance criteria has been satisfied that entitle the reporting person to receive one share of the issuer's common stock per performance stock unit upon vesting. The performance stock units vest 1/3rd on March 16, 2020, 1/3 on February 1, 2021, and 1/3 on February 1, 2022, subject to continued service through each applicable date.

**(2)**  Represents restricted stock units awarded pursuant to the issuer's 2018 Equity Incentive Plan that entitle the reporting person to receive one share of the issuer's common stock per restricted stock unit upon vesting. The restricted stock units vest 25% on the anniversary of February 15, 2020 and 6.25% per quarter over the following twelve quarters on the respective quarterly vesting dates of May 15, August 15, November 15 and February 15, subject to continued service through each applicable date.

**(3)**  Represents the number of shares withheld to satisfy the reporting person's tax obligations in connection with the vesting of performance stock units.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **THOMPSON KEVIN B**<br>**C/O SOLARWINDS CORPORATION**<br>**7171 SOUTHWEST PARKWAY, BUILDING 400**<br>**AUSTIN, TX 78735** | **X** | | **President & CEO** | |

**Signatures**

| | |
|---|---|
| **/s/ Jason W. Bliss Attorney-in-Fact for Kevin B. Thompson** | **3/18/2020** |
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:  File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.