# EXHIBIT X

| **FORM 4**<br><br>[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br>**Washington, D.C. 20549**<br><br>**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940 | OMB APPROVAL<br>OMB Number: 3235-0287<br>Estimated average burden<br>hours per response... 0.5 |

| 1. Name and Address of Reporting Person *<br><br>**THOMPSON KEVIN B**<br>　(Last)　　(First)　　(Middle)<br><br>**C/O SOLARWINDS CORPORATION, 7171 SOUTHWEST PARKWAY, BUILDING 400**<br>　　　(Street)<br><br>**AUSTIN, TX 78735**<br>　(City)　　(State)　　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>**SolarWinds Corp [ SWI ]**<br><br>3. Date of Earliest Transaction (MM/DD/YYYY)<br><br>**8/11/2020**<br><br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>__X__ Director　　　_____ 10% Owner<br><br>__X__ Officer (give title below)　_____ Other (specify below)<br>**President & CEO**<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br><br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Common Stock** | 8/11/2020 | | S | | 29317 | D | $19.49 [1] | 63808 | I | **By Daughter** |
| **Common Stock** | 8/11/2020 | | S | | 29317 | D | $19.48 [2] | 63808 | I | **By Son** |
| **Common Stock** | 8/11/2020 | | S | | 300000 | D | $19.52 [3] | 3044549 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**(1)**

This transaction was executed in multiple trades at prices ranging from $19.21 to $19.70, inclusive. The price range reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares sold and each separate price within the ranges set forth in this footnote.

(2)　This transaction was executed in multiple trades at prices ranging from $19.23 to $19.72, inclusive. The price range reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares sold and each separate price within the ranges set forth in this footnote.

(3)　This transaction was executed in multiple trades at prices ranging from $19.18 to $19.73, inclusive. The price range reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares sold and each separate price within the ranges set forth in this footnote.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **THOMPSON KEVIN B C/O SOLARWINDS CORPORATION 7171 SOUTHWEST PARKWAY, BUILDING 400 AUSTIN, TX 78735** | X | | **President & CEO** | |

**Signatures**

| /s/ Jason W. Bliss Attorney-in-Fact for Kevin B. Thompson | 8/13/2020 |
|---|---|
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*　　If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*　　Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.