# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |

## LEAD PLAINTIFF'S NOTICE OF INTENTION NOT TO AMEND CONSOLIDATED CLASS ACTION COMPLAINT

Lead Plaintiff New York City District Council of Carpenters Pension Fund ("Lead Plaintiff") respectfully submits this notice to inform the Court that Lead Plaintiff does not intend to amend the Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 26).

In its March 30, 2022 Order (ECF No. 64), the Court denied in significant part Defendants' motions to dismiss, sustaining Lead Plaintiff's claims against (i) Defendants SolarWinds and Brown for violations of Section 10(b) of the Securities Exchange Act of 1934; and (ii) Defendants Brown, Thompson, Silver Lake, and Thoma Bravo for violations of Section 20(a) of the Securities Exchange Act of 1934.  Accordingly, the case is to proceed to discovery.  Therefore, Lead Plaintiff requests that the Court schedule a Case Management Conference under Fed. R. Civ. P. 16 no later than May 13, 2022, or at the Court's earliest convenience, in advance of which the parties will hold their Rule 26(f) conference in accordance with the local rules.

DATED: April 5, 2022

| | |
|---|---|
| **MARTIN & DROUGHT, P.C.**<br>Gerald T. Drought<br>State Bar No. 06134800<br>Federal Bar No. 8942<br>Frank B. Burney<br>State Bar No. 03438100<br>Weston Centre<br>112 E. Pecan Street, Suite 1616<br>San Antonio, Texas 78205<br>Tel: (210) 227-7591<br>Fax: (210) 227-7924<br>gdrought@mdtlaw.com<br><br>*Liaison Counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund* | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br><br>*/s/ Jonathan D. Uslaner*<br>John J. Rizio-Hamilton (admitted *pro hac vice*)<br>Jonathan D. Uslaner (admitted *pro hac vice*)<br>Benjamin W. Horowitz (admitted *pro hac vice*)<br>Thomas Z. Sperber (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>Johnr@blbglaw.com<br>JonathanU@blbglaw.com<br>Benjamin.Horowitz@blbglaw.com<br>Thomas.Sperber@blbglaw.com<br><br>*Lead Counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund and the Class* |