IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § § § | MASTER FILE NO. 1:21-CV-138-RP |

# KEVIN B. THOMPSON'S CROSS-MOTION
# FOR ENTRY OF FINAL JUDGMENT

Paul R. Bessette
Texas Bar No. 02263050
Michael J. Biles
Texas Bar No. 24008578
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX  78701
Tel:  (512) 457-2050
Fax:  (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com

Peter L. Welsh (*pro hac vice*)
C. Thomas Brown (*pro hac vice*)
Kathryn E. Caldwell (*pro hac vice*)
Patrick T. Roath (*pro hac vice*)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7865
peter.welsh@ropesgray.com

Edward R. McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4779
edward.mcnicholas@ropesgray.com

*Counsel for Kevin B. Thompson*

Kevin Thompson, SolarWinds' former chief executive officer and formerly a named defendant in the above-captioned action (the "Action"), submits this Cross-Motion For Entry of Final Judgment, pursuant to Fed. R. Civ. P. 58(d).

For the reasons set out in the accompanying brief, Thompson seeks a separate judgment from this Court clarifying that the Court's March 30, 2022, docket entry and accompanying order "GRANTING" Thompson's Motion to Dismiss, *see* Dkt. 44 & 64, combined with Plaintiff's notice of intention not to amend the Complaint, *see* Dkt. 65, in fact dismissed all claims against Thompson.

Dated:		April 20, 2022

Paul R. Bessette
Texas Bar No. 02263050
Michael J. Biles
Texas Bar No. 24008578
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com

*/s/ Peter L. Welsh*
Peter L. Welsh (*pro hac vice*)
C. Thomas Brown (*pro hac vice*)
Kathryn E. Caldwell (*pro hac vice*)
Patrick T. Roath (*pro hac vice*)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7865
peter.welsh@ropesgray.com

Edward R. McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4779
edward.mcnicholas@ropesgray.com

*Counsel for Kevin B. Thompson*

## CERTIFICATE OF SERVICE

I certify that on April 20, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/ Peter L. Welsh*
Peter L. Welsh

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § § § | MASTER FILE NO. 1:21-CV-138-RP |

**PROPOSED ORDER FOR SEPARATE AND FINAL JUDGMENT**

IT IS ORDERED that Kevin Thompson's Cross-Motion For Separate and Final Judgment is GRANTED. The claims against Thompson have been dismissed, with the Plaintiff declining to amend their Complaint. As such, Thompson is no longer a party to this action and final judgment is entered removing Kevin Thompson from the docket sheet.

IT IS SO ORDERED.

SIGNED this the _____ day of _____, 2022.

_____
HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE