IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § § § § MASTER FILE NO. 1:21-CV-138-RP |

### RULE 7.1 DISCLOSURE STATEMENT OF SILVER LAKE DEFENDANTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Silver Lake Group, LLC and Silver Lake Technology Management, LLC hereby state that they do not have a parent corporation, and no publicly-traded corporation owns 10% or more of their securities.

RESPECTFULLY SUBMITTED this 18th day of May 2022.

EDMUNDSON SHELTON WEISS PLLC

*/s/ Jesse Z. Weiss*
Jesse Z. Weiss
SBN 24013728
Ryan Shelton
SBN 24037484
317 Grace Ln, Ste 210
Austin, TX 78746
512-596-3058
512-532-6637 (fax)
jesse@eswpllc.com
ryan@eswpllc.com

Sameer Advani (admitted *pro hac vice*)
Wesley R. Powell (admitted *pro hac vice*)
Patricia O. Haynes (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone:   212-728-8587
E-mail:   sadvani@willkie.com
          wpowell@willkie.com
          phaynes@willkie.com

*Counsel for Silver Lake Group L.L.C. and*
*Silver Lake Technology Management, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on May 18, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

          */s/ Jesse Z. Weiss*
             Jesse Z. Weiss