IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| IN RE SOLARWINDS CORPORATION | § | |
| SECURITIES LITIGATION | § | 1:21-CV-138-RP |
| | § | |
| | § | CLASS ACTION |
| | § | |
| | § | |

## <u>ORDER</u>

Before the Court are Lead Plaintiff's Motion for Clarification, (Dkt. 67), and Defendant

Kevin B. Thompson's ("Thompson") Cross-Motion for Entry of Final Judgment, (Dkt. 68). On

March 30, 2022 this Court entered an order dismissing Defendants' Motions to Dismiss, (Dkt. 64).

Lead Plaintiff filed its motion for clarification on April 8, 2022, arguing that while the Court granted

Defendant Thompson's motion to dismiss Lead Plaintiff's Section 10(b) claim against him (for

failure to adequately allege his scienter), the Court denied his motion to dismiss Lead Plaintiff's

Section 20(a) claim, because scienter is not an essential element of a Section 20(a) claim. (Dkt. 67, at

3–4). In response, Thompson asserts that the Court dismissed all claims against Thompson, (Dkt.

68, at 2). Lead Plaintiff requests that the Court clarify that the Section 20(a) claim against Thompson

was not dismissed.

Lead Plaintiff brings its motion under Federal Rule of Civil Procedure 60(a). "Rule 60(a) may

be used where the record makes apparent that the court intended one thing but … did another."

*Baeza v. Verizon Wireless Tex., LLC*, 2021 WL 1177887, at *1–2 (W.D. Tex. March 29, 2021) (internal

quotations and citation omitted). The Court agrees with Lead Plaintiff that it should provide

clarification on its order, (Dkt. 64). The Court also agrees with Lead Plaintiff that Scienter is an

element of a Section 10(b) claim, but is not an element of a Section 20(a) control person claim. *See*

*Trendsetter Inv'rs, LLC v. Hyperdynamics Corp.*, 2007 WL 172627, at *15 (S.D. Tex. Jan. 18, 2007).

Therefore, the Court clarifies that only the Section 10(b) claim against Thompson is dismissed. The

Section 20(a) claim is still pending before the Court.

### III. CONCLUSION

For these reasons, **IT IS ORDERED** that Lead Plaintiff's Motion for Clarification, (Dkt.

67), is **GRANTED** and Thompson's Cross-Motion for Entry of Final Judgment, (Dkt. 68), is

**DENIED**.

**SIGNED** on August 19, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE