# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF LEAD PLAINTIFF'S <u>MOTION FOR CLASS CERTIFICATION</u>**

I, Jonathan D. Uslaner, declare:

1.      I am an attorney licensed to practice law in the State of California.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), located at 2121 Avenue of the Stars, Suite 2575, Los Angeles, CA 90067, and counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund ("Lead Plaintiff").  I submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.  I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.      Attached as Exhibit A is a true and correct copy of Plaintiff's Response to Local Rule Appendix A.

3.      Attached as Exhibit B is a true and correct copy of the Declaration of Robert W. Lesniewski in Support of Lead Plaintiff's Motion for Class Certification.

4.      Attached as Exhibit C is a true and correct copy of the Report on Market Efficiency and Damages Methodology of Professor Steven P. Feinstein, Ph.D., CFA, dated September 30, 2022.

5.      Attached as Exhibit D is a true and correct copy of the firm résumé of Bernstein Litowitz.

6.      As reflected in the firm résumé, Bernstein Litowitz is among the most experienced securities class action law firms in the country.  Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion.  Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & "ERISA" Litigation*, No. 09-md-2058 (S.D.N.Y.); a $1.06 billion recovery for the class in *In re Merck &*

*Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.); and a \$730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.).

7.      Courts in this Circuit have recognized Bernstein Litowitz as qualified class counsel in securities class actions.  *See, e.g., In re Cobalt Int'l Energy, Inc. Sec. Litig.*, 2017 WL 2608243, at \*8 (S.D. Tex. June 15, 2017) (appointing Bernstein Litowitz as Class Counsel).  Courts in this Circuit have similarly chosen Bernstein Litowitz to lead many securities class actions such as this one.  *See In re Waste Mgmt., Inc. Sec. Litig.*, 128 F. Supp. 2d 401, 423 (S.D. Tex. 2000) (appointing Bernstein Litowitz as lead counsel and noting its "substantial expertise in prosecuting securities fraud cases"); *Cambria Cnty. Emps. Ret. Sys. v. Venator Materials PLC*, 2019 WL 5328877, at \*4 (S.D. Tex. Oct. 21, 2019) (appointing Bernstein Litowitz as lead counsel and noting that Bernstein Litowitz "has extensive experience in securities class actions"); *Craig v. CenturyLink Inc.*, 2017 WL 4768566, at \*6 (W.D. La. Oct. 20, 2017) (appointing Bernstein Litowitz as lead counsel).

8.      Attached as Exhibit E is a true and correct copy of an order issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein Litowitz served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and class counsel for the certified class.  *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021).  As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of SEB. Following discovery and extensive briefing, the court found that the evidence did not establish a *quid pro quo*, and allowed Bernstein Litowitz to continue as class counsel.  *See id.* at \*1-2.  The court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decisionmaker for

- 2 -

the proposed lead plaintiff who is selecting class counsel. *See id.* at *2. Since that order, the court in *Symantec* granted final approval of the $70 million settlement in that action, commenting on the record that Bernstein Litowitz "did a good job, so thank you for that." *See SEB Inv. Mgmt. AB v. Symantec Corp.*, No. 3:18-cv-2902-WHA, ECF No. 425 at 18 (N.D. Cal. Feb. 10, 2022). Additionally, courts have repeatedly approved Bernstein Litowitz as lead counsel and class counsel in securities class actions after being apprised of the *Symantec* order, including *In re Oracle Corp. Securities Litigation*, 2022 WL 1459567, at *5 (N.D. Cal. May 9, 2022); *In re Mattel, Inc. Securities Litigation*, 2021 WL 4704578, at *7 (C.D. Cal. Oct. 6, 2021); and *In re Myriad Genetics, Inc. Securities Litigation*, 2021 WL 5882259, at *13 (D. Utah Dec. 13, 2021). *See also, e.g.*, Order Granting Motion to Consolidate, Appointing Lead Plaintiff, and Approving Selection of Counsel, *Homyk v. ChemoCentryx, Inc.*, No. 4:21-cv-03343-JST, ECF No. 32 at 6 (N.D. Cal. Jan. 28, 2022); Stipulation and Order Appointing IBEW Local 353 Pension Plan and Xiaobin Cai as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating Actions, *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB, ECF No. 36 (N.D. Cal. Jan. 5, 2022). Bernstein Litowitz has provided the order to New York City District Council of Carpenters Pension Fund.

9.      Since the inception of this litigation, Bernstein Litowitz has vigorously prosecuted this action for the benefit of Lead Plaintiff and the Class. Bernstein Litowitz's efforts have included, among other things: (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint; (iii) overcoming in substantial part Defendants' hard-fought motions to dismiss; (iv) propounding extensive document requests and interrogatories on Defendants; (v) serving document subpoenas to various non-parties who possess relevant information; (vi) responding to document requests from Defendants and producing documents in response; (vii) retaining an expert in market efficiency and damages; (viii) assembling dedicated teams of

experienced attorneys and staff to prosecute the claims on behalf of Lead Plaintiff and the Class; and (ix) drafting and filing this motion for class certification.  Lead Counsel is committed and will continue to vigorously prosecute the action for the benefit of Lead Plaintiff and the Class.

10.    Attached as Exhibits F – H are excerpts of documents bearing the following Bates numbers produced by Defendants to Lead Plaintiff in discovery:

- SWI-SECLIT-00258468;

- SWI-SECLIT-00526849; and

- SWI-SECLIT00526748.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of September, 2022 in Los Angeles, CA.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

- 4 -