# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF ROBERT W. LESNIEWSKI IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Robert W. Lesniewski, declare:

1.     Lead Plaintiff New York City District Council of Carpenters Pension Fund ("NYCDCC") respectfully submits this declaration in support of NYCDCC's Motion for Class Certification and Appointment of Class Representative and Class Counsel.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.  I am the Chief Financial Officer of NYCDCC and am authorized to make this declaration on behalf of NYCDCC.

2.     NYCDCC understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions.  As Lead Plaintiff and proposed Class Representative, NYCDCC, a sophisticated institutional investor, has been and will continue to be committed to vigorously prosecuting this litigation.  NYCDCC intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

3.     NYCDCC has diligently pursued the effective prosecution of this Action and has actively monitored its progress.  Among other things, NYCDCC authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed the complaint and certain other pleadings filed in this action; responded to document discovery; and communicated with counsel regarding the case, including litigation strategy and significant developments in the litigation.

4.     As Class Representative, NYCDCC would continue to diligently pursue the effective prosecution of the Action.  NYCDCC understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it

1

represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

5.      NYCDCC seeks appointment of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Class Counsel for the proposed Class based on its substantial experience and expertise in prosecuting securities class actions.  NYCDCC believes that Bernstein Litowitz possesses the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

6.      NYCDCC understands that its service as Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA.  If there is a recovery in this case, NYCDCC does not expect to receive any more than its pro-rata shares of the amount recovered.

7.      Bernstein Litowitz has provided the order in *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) to NYCDCC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this _22_ day of September, 2022.

Robert W. Lesniewski, CFO

2