**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE SOLARWINDS CORPORATION
SECURITIES LITIGATION

Case No. 1:21-cv-00138-RP

**JOINT NOTICE OF SETTLEMENT
AND STIPULATION REGARDING CASE DEADLINES**

The Parties, by and through their undersigned attorneys of record, submit the following Joint Notice of Settlement and Stipulation Regarding Case Deadlines:

WHEREAS, the Parties have executed a term sheet memorializing their agreement in principle to resolve all claims in this litigation on a class-wide basis, subject to definitive documentation and the Court's approval (the "Settlement");

WHEREAS, the Parties are diligently working to document the Settlement;

WHEREAS, following the documentation of the Settlement, Lead Plaintiff will file a motion for preliminary approval of the Settlement;

WHEREAS, the Parties believe that the Settlement will be documented, and Lead Plaintiff will be in a position to file its motion for preliminary approval of the Settlement by December 8, 2022; and

WHEREAS, in light of the Settlement and Lead Plaintiff's forthcoming motion for preliminary approval of the Settlement, the Parties respectfully request the adjournment, at this time, of all pending case deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, that:

1. All pending case deadlines are adjourned at this time; and

2. Lead Plaintiff shall file its motion for preliminary approval of the Settlement by no later than December 8, 2022.

3. To the extent the Settlement is not finalized for any reason, the Parties shall revert to their respective positions in this action as of immediately prior to the agreement in principle reached on October 26, 2022.

IT IS SO STIPULATED this 3rd day of November 2022.

Respectfully submitted,

**AGREED:**

/s/ Michael J. Biles
Paul R. Bessette
Texas Bar No. 02263050
Michael J. Biles
Texas Bar No. 24008578
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2050
pbessette@kslaw.com
mbiles@kslaw.com

*Counsel for SolarWinds Corp.
and Tim Brown*

/s/ Peter L. Welsh
Peter L. Welsh (*pro hac vice*)
C. Thomas Brown (*pro hac vice*)
Patrick T. Roath (*pro hac vice*)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600

/s/ Jonathan D. Uslaner
John J. Rizio-Hamilton (*pro hac vice*)
Jonathan D. Uslaner (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
Thomas Z. Sperber (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Johnr@blbglaw.com
JonathanU@blbglaw.com
Will.Horowitz@blbglaw.com
Thomas.Sperber@blbglaw.com

*Lead Counsel for Lead Plaintiff New York
City District Council of Carpenters Pension
Fund*

and

Gerald T. Drought
State Bar No. 06134800
Federal Bar No. 8942
Frank B. Burney
State Bar No. 03438100

2

Tel: (617) 951-7865
peter.welsh@ropesgray.com
thomas.brown@ropesgray.com
patrick.roath@ropesgray.com

*and*

Edward R. McNicholas (*pro hac vice*)
Frances Faircloth (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4779
edward.mcnicholas@ropesgray.com
Fran.Faircloth@ropesgray.com

*Counsel for Kevin B. Thompson*

MARTIN & DROUGHT, P.C.
Weston Centre
112 E. Pecan Street, Suite 1616
San Antonio, Texas 78205
Tel: (210) 227-7591
gdrought@mdtlaw.com

*Liaison Counsel for Lead Plaintiff New York City District Council of Carpenters Pension Fund*

*/s/ Jesse Z. Weiss*
Jesse Z. Weiss
Tex. Bar No. 24013728
EDMUNDSON SHELTON WEISS PLLC
317 Grace Lane, Suite 210
Austin, TX 78746
Tel: (512) 596-3058
jesse@eswpllc.com

*and*

Sameer Advani (*pro hac vice*)
Wesley R. Powell (*pro hac vice*)
Patricia O. Haynes (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8587
sadvani@willkie.com
wpowell@willkie.com
phaynes@willkie.com

*Counsel for Silver Lake Group L.L.C. and Silver Lake Technology Management, L.L.C.*

*/s/ Anna G. Rotman*
Anna G. Rotman
Texas Bar No. 24046761
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 835-3600
Facsimile: (713) 835-3601
anna.rotman@kirkland.com

*and*

Sandra C. Goldstein (*pro hac vice*)
Stefan Atkinson (*pro hac vice*)
Byron Pacheco (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
byron.pacheco@kirkland.com

*Attorneys for Defendant Thoma Bravo, LP*

**CERTIFICATE OF SERVICE**

I certify that on November 3, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/ Michael J. Biles*
Michael J. Biles