**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION
REGARDING CASE DEADLINES**

The Parties' Notice of Settlement and Joint Stipulation Regarding Deadlines (the "Joint Stipulation"), having been considered, and good cause appearing therefore, it is hereby ORDERED as follows:

1. The relief sought in the Joint Stipulation is GRANTED.

2. All pending case deadlines are adjourned at this time.

3. Lead Plaintiff shall file its motion for preliminary approval of the Settlement by no later than December 8, 2022.

4. To the extent the Settlement is not finalized for any reason, the Parties shall revert to their respective positions in this action as of immediately prior to the agreement in principle reached on October 26, 2022.

IT IS SO ORDERED.

DATED this _____ day of November 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE