IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | § § § § § § § § § | 1:21-CV-138-RP<br><br>CLASS ACTION |

# ORDER

On November 3, 2022, the parties filed a joint notice of settlement. (Dkt. 95). In their notice, the parties represent that they expect to settle all claims in this action and plan to file a motion for preliminary approval of the settlement by December 8, 2022. (*Id.*). In the meantime, the parties asks that the Court stay all pending deadlines. (*Id.*).

In light of the parties' notice, the Court **ORDERS** that this action is **STAYED** until December 9, 2022. Plaintiff shall either file dismissal papers or a motion to extend the stay no later than **December 8, 2022**.

**SIGNED** on November 4, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE