# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH**
**THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant SolarWinds Corp., on behalf of itself, and Defendants Tim Brown, Kevin B. Thompson, Silver Lake Group L.L.C., Silver Lake Technology Management, L.L.C., and Thoma Bravo, LP (collectively, "Defendants"), by and through its undersigned counsel, hereby gives notice that notice of the proposed settlement in the above-captioned action has been mailed to the appropriate federal and state officials as required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). Attached as Exhibit 1 hereto is the Declaration of Benjamin Lee Regarding Compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715. The Declaration and corresponding exhibits satisfy the requirements of CAFA, 28 U.S.C. § 1715(b).

Dated: December 21, 2022

Respectfully submitted,

*/s/ Michael J. Biles*
Paul R. Bessette
Texas Bar No. 02263050
Michael J. Biles
Texas Bar No. 24008578
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2050
pbessette@kslaw.com
mbiles@kslaw.com

*Counsel for SolarWinds Corp.*

## CERTIFICATE OF SERVICE

I certify that on December 21, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/ Michael J. Biles*
Michael J. Biles
