UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| New York City District Council of Carpenters Pension Fund, Timothy Bremer, Daniel Azpurua | § § § § | CIVIL NO: AU:21-CV-00138-RP |
| vs. | § § | |
| SolarWinds Corporation, Kevin B. Thompson, J. Barton Kalsu, Tim Brown, Silver Lake Partners, LLC, Thoma Bravo, LP | | |

### ORDER SETTING HEARING ON PLAINTIFFS MOTION FOR PRELIMINARY APPROVAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON PLAINTIFFS MOTION FOR PRELIMINARY APPROVAL (Clerks Doc #97)** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, February 07, 2023 at 01:30 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 25th day of January, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE