UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

New York City District Council of Carpenters §
Pension Fund, Timothy Bremer, Daniel §
Azpurua §    NO:  AU:21-CV-00138-RP
§
vs. §
§

SolarWinds Corporation, Kevin B. Thompson,
J. Barton Kalsu, Tim Brown, Silver Lake
Partners, LLC, Thoma Bravo, LP

## ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a HEARING ON PLAINTIFFS MOTION FOR PRELIMINARY APPROVAL BY VIDEO on February 07, 2023  at  01:30 PM .  The courtroom deputy will send out connection information prior to the hearing.

SIGNED on 25th day of January, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE