# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP<br><br>CLASS ACTION |

**DECLARATION OF KRISTIN O'BRIEN, EXECUTIVE DIRECTOR
OF NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND,
IN SUPPORT OF: (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S
MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Kristin O'Brien, hereby declare as follows:

1.      I am the Executive Director of the New York City District Council of Carpenters Pension Fund ("NYC Carpenters" or the "Fund"), the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1]

2.      I am aware of and understand the requirements and responsibilities of a class representative in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have personal knowledge of the matters set forth in this Declaration, as I, along with my colleagues at NYC Carpenters, have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

3.      I submit this Declaration in support of (a) Lead Plaintiff's motion for final approval of the proposed Settlement and Plan of Allocation, and (b) Lead Counsel's motion for attorneys'

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated November 28, 2022 (ECF No. 97-1).

fees and Litigation Expenses, including NYC Carpenters' application pursuant to 15 U.S.C. § 78u-4(a)(4) for reimbursement of its reasonable costs directly relating to the work performed by NYC Carpenters personnel in connection with its representation of the Settlement Class in this Action.

**I.      NYC Carpenters' Oversight of the Action**

4.      NYC Carpenters is a multiemployer pension plan that provides retirement benefits to over 30,000 working and retired carpenters who are members of the New York City District Council of Carpenters, and their families.  As of June 30, 2022, the Fund had approximately $4.4 billion in assets under management.  NYC Carpenters purchased SolarWinds common stock during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged in the Action.

5.      On March 11, 2021, the Court entered an Order appointing NYC Carpenters as the Lead Plaintiff in the Action pursuant to the PSLRA, and approved Lead Plaintiff's selection of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") as Lead Counsel.

6.      NYC Carpenters closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action.  On behalf of the NYC Carpenters, I had numerous communications during the litigation with BLB&G.  I received periodic status reports from BLB&G on case developments and participated in discussions with counsel concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement.  Throughout the course of this Action, NYC Carpenters personnel: (a) communicated with BLB&G by email and telephone calls regarding the posture and progress of the case; (b) reviewed all significant pleadings and briefs filed in this Action; (c) consulted with BLB&G concerning the settlement negotiations as they progressed; and (d) evaluated and approved the proposed Settlement.

## II.    NYC Carpenters Endorses Approval of the Settlement

7.    Based on its involvement throughout the prosecution and resolution of the Action, NYC Carpenters believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class.  NYC Carpenters believes that the Settlement represents a very favorable recovery for the Settlement Class, in light of the significant risks of continuing to prosecute the claims in this case, including the risks of establishing liability and proving damages.  Therefore, NYC Carpenters endorses approval of the Settlement by the Court.

## III.    NYC Carpenters Approves of and Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses

8.    NYC Carpenters takes seriously its role as a class representative to ensure that the attorneys' fees are fair in light of the result achieved in the action and reasonably compensate Plaintiffs' Counsel for the work involved and the substantial risks they undertook in litigating the action.  NYC Carpenters approves the attorney's fees requested by Lead Counsel as fair and reasonable in light of the work performed by Plaintiff's Counsel, the risks of the litigation, and the recovery obtained for the Settlement Class in this Action.

9.    NYC Carpenters further believes that Plaintiffs' Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action.  Based on the foregoing, and consistent with its obligation to the class to obtain the best result at the most efficient cost, NYC Carpenters fully supports Lead Counsel's motion for attorneys' fees and Litigation Expenses

10.    NYC Carpenters understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA.  For this reason, in connection with Lead Counsel's request for reimbursement of Litigation Expenses, NYC Carpenters seeks

3

reimbursement for the costs and expenses that NYC Carpenters incurred directly relating to its representation of the Settlement Class.

11.    My primary responsibility at NYC Carpenters involves overseeing all aspects of the fund's operations, including overseeing litigation matters involving the fund, such as NYC Carpenters' activities in securities class actions where (as here) it has been appointed as a Lead Plaintiff.    Robert W. Lesniewski, NYC Carpenters' Chief Financial Officer, also assisted in overseeing the litigation.

12.    NYC Carpenters seeks reimbursement in the amount of $8,762.80 for time that I and other NYC Carpenters staff devoted to this Action, as follows:

| Name | Title | Hours | Hourly Rate[2] | Total |
| --- | --- | --- | --- | --- |
| Kristin O'Brien | Executive Director | 25 | $156.59 | $3.914.75 |
| Robert W. Lesniewski | Chief Financial Officer | 20 | $165.08 | $3,301.60 |
| Theresa Lannizzi | Director of Operations | 5 | $89.25 | $446.25 |
| Anne Massa | Director of Finance and Investments | 5 | $123.63 | $618.15 |
| Benjamin Lambert | Director of Information Technology | 5 | $96.41 | $482.05 |
| TOTAL: | | 60 | | $8,762.80 |

I and other NYC Carpenters staff spent time, among other things, communicating with BLB&G, reviewing significant court filings, responding to discovery requests, and participating in the settlement negotiations and the mediation process.    The time that we devoted to the representation of the Settlement Class in this Action was time that we otherwise would have spent on other work for NYC Carpenters and, thus, represented a cost to NYC Carpenters.

---

[2] The hourly rates used for purposes of this request for myself and the other NYC Carpenters staff who worked on this Action are based on the annual salaries of the respective personnel.

4

13.     In addition, NYC Carpenters has incurred $13,997.50 in expenses for work performed by its fund counsel that advised in connection with the Action.  Elizabeth O'Leary of Kauff McGuire & Margolis LLP spent a total of 11.3 hours working on this litigation on behalf of NYC Carpenters, including advising the Fund concerning litigation strategy and the mediation process.  Ms. O'Leary's regular rate is $575 per hour for a total of $6,497.50.  Marty Glennon of Archer, Byington, Glennon & Levine LLP spent a total of 15 hours working on this litigation on behalf of NYC Carpenters, including advising the Fund concerning litigation strategy and the mediation process.  Mr. Glennon's regular rate is $500 per hour for a total of $7,500.  The hours expended by Ms. O'Leary and Mr. Glennon on this matter were separate and apart from other legal work that they and their firms performed on behalf of NYC Carpenters.  The expense of compensating Ms. O'Leary and Mr. Glennon's firms for this work would not have been incurred but for NYC Carpenters' service as Lead Plaintiff in this Action.  Thus, NYC Carpenters seeks reimbursement for $13,997.50 for this expense.

14.     In total, NYC Carpenters seeks reimbursement of $8,762.80 of costs for the value of the time its employees devoted to the Action and $13,997.50 for the fees of outside counsel that advised NYC Carpenters in connection with the Action.

## IV.     Conclusion

15.     In conclusion, NYC Carpenters was actively involved throughout the prosecution and settlement of the Action.  NY Carpenters strongly endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable recovery for the Settlement Class in light of the risks of continued litigation.  NYC Carpenters further supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class, the substantial work conducted, and the litigation risks.  And finally, NYC Carpenters requests reimbursement

5

under the PSLRA for the value of time dedicated by its employees as set forth above. Accordingly, NYC Carpenters respectfully requests that the Court approve (i) Lead Plaintiff's motion for final approval of the proposed Settlement and Plan of Allocation; and (ii) Lead Counsel's motion for attorneys' fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief, and that I have authority to execute this Declaration on behalf of NYC Carpenters.

Executed this 22nd day of June, 2023.

Kristin O'Brien
Executive Director
New York City District Council of
Carpenters Pension Fund

#3284062

6