# Exhibit 5

**EXHIBIT 5**

*In re SolarWinds Corporation Securities Litigation*
Case No. 1:21-cv-00138-RP (W.D. Tex.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 5A | Bernstein Litowitz Berger & Grossmann LLP | 6,246.00 | $3,371,281.25 | $269,504.27 |
| 5B | Martin & Drought, P.C. | 46.20 | $27,045.00 | $944.75 |
| | **TOTAL:** | **6,292.20** | **$3,398,326.25** | **$270,449.02** |