# Exhibit 6

**EXHIBIT 6**

*In re SolarWinds Corporation Securities Litigation*
Case No. 1:21-cv-00138-RP (W.D. Tex.)

**PLAINTIFFS' COUNSEL'S TOTAL EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $700.00 |
| Service of Process | $928.20 |
| PSLRA Notice Cost | $2,175.00 |
| On-Line Factual Research | $22,547.93 |
| On-Line Legal Research | $19,703.91 |
| Document Management/Litigation Support | $19,806.80 |
| Telephone | $762.64 |
| Postage & Express Mail | $557.76 |
| Hand Delivery Charges | $209.67 |
| Local Transportation | $231.39 |
| Internal Copying & Printing | $35.08 |
| Working Meals | $493.39 |
| Experts | $184,342.25 |
| Independent Counsel | $4,375.00 |
| Mediation | $13,580.00 |
| | |
| **TOTAL:** | **$270,449.02** |