# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| IN RE SOLARWINDS CORPORATION SECURITIES LITIGATION | Case No. 1:21-cv-00138-RP<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF ALEXANDER P. VILLANOVA REGARDING (A) MAILING OF THE NOTICE AND CLAIM FORM AND (B) REPORT ON REQUESTS FOR EXCLUSION AND CLAIMS RECEIVED**

I, Alexander P. Villanova, hereby declare under penalty of perjury as follows:

1.      I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  Pursuant to the Court's February 8, 2023 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (ECF No. 103) ("Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement reached in the above-captioned action ("Action").[1]

2.      I submit this declaration as a supplement to my earlier submitted declaration, the Declaration of Alexander P. Villanova Regarding (A) Mailing of Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated June 23, 2023 (ECF No. 106-4) ("Initial Mailing Declaration").  The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated November 28, 2022 (ECF No. 97-1).

## CONTINUED DISSEMINATION OF THE NOTICE PACKET

3.    Since the execution of the Initial Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim Form (together, "Notice Packet") in response to requests from potential Settlement Class Members, brokers, and other nominees.  Through July 19, 2023, Epiq disseminated a total of 25,054 Notice Packets to potential Settlement Class Members, brokers, and other nominees.  In addition, Epiq re-mailed a total of 19 Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided by the Postal Service.

## UPDATE ON CALL CENTER SERVICES AND CASE WEBSITE

4.    Epiq continues to maintain the toll-free telephone number (1-877-890-0042) and Interactive Voice Recording to accommodate inquiries from potential Settlement Class Members. Since the administration began on March 9, 2023, Epiq has received 70 in-bound calls, which included 10 hours and 18 minutes spent by callers interacting with the IVR and 7 hours and 40 minutes speaking with Epiq's live operators.  Epiq has made 12 out-bound calls to respond to messages left or to follow up on earlier communications.  Epiq has also received 599 emails sent to info@SolarWindsSecuritiesLitigation.com and has sent 195 outgoing emails in connection with this case.  Epiq has promptly responded to each telephone and email inquiry and will continue to respond to those inquiries.

5.    Epiq    also    continues    to    maintain    the    dedicated    case    website (www.SolarWindsSecuritiesLitigation.com) to assist potential Settlement Class Members.  On June 26, 2023, Epiq posted to the website copies of the papers filed in support of Lead Plaintiff's motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses (ECF Nos. 104-106).  Epiq will continue maintaining and,

as appropriate, updating the case website and toll-free telephone number until the conclusion of the administration.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

6.      The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class must be addressed to *SolarWinds Securities Litigation*, EXCLUSIONS, c/o Epiq, P.O. Box 3217, Portland, OR 97208-3217, such that they are received no later than July 7, 2023.  The Notice also set forth the information that must be included in each request for exclusion. As of the date of this Declaration, Epiq has not received any requests for exclusion.

**CLAIMS RECEIVED**

7.      As set forth in the Notice and Claim Form, to be eligible for a payment from the Settlement, Settlement Class Members were required to submit a Claim Form, with supporting documentation, postmarked, if mailed, or online via the case website by July 7, 2023.  As of July 19, 2023, Epiq has received a total of approximately 7,400 Claims.  Of the Claims received, approximately 6,975 Claims were filed electronically by or on behalf of institutions and approximately 425 Claims were submitted by or on behalf of individuals.

8.      As Claims will likely continue to be received, this Claim count will increase.  Lead Counsel have the discretion to accept late Claims for processing provided such acceptance does not delay the distribution of the Net Settlement Fund to the Settlement Class, *see* Preliminary Approval Order ¶ 11, and the Court, in connection with a future motion for authorization to distribute the Net Settlement Fund, will be asked to accept such Claims if eligible.

9.      Epiq's complete processing of the Claims will take several months.  This process will include steps to confirm the accuracy of the transactions claimed and a review of the Claims

for deficiencies, such as Claims with missing or incomplete documentation, duplicate Claims, and Claims whose transactions do not balance (*i.e.*, where the number of shares purchased during the relevant time period do not match the number of shares sold during the relevant time period plus the number of shares held at the end of the relevant time period).  Epiq will continue to provide Claimants with an opportunity to correct any deficiencies in their Claims, conduct thorough quality control and quality assurance processes, and perform fraud prevention reviews as part of its normal claims processing procedures in order to ensure the validity and accuracy of the Claims.  As a result of these procedures and the possible acceptance of additional Claims, the total Recognized Claims is subject to change.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 21, 2023 in Beaverton, Oregon.

_____

Alexander Villanova

4