# EXHIBIT C

# TRANSACTION REPORT

Exhibit C - Sample of Transaction Report

| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 | DEFICIENCY REASON 3 | DEFICIENCY REASON 4 | DEFICIENCY REASON 5 |
|---|---|---|---|---|---|---|---|---|---|
| ██████ | 530006763 | EMAIL C01 | Denied | ██████ | ZR | | | | |