# EXHIBIT E

# LATE BUT OTHERWISE ELIGIBLE CLAIMS

SolarWinds Securities Litigation
Late But Otherwise Eligible Claims
Number of Claims: 243
Total Recognized Claim: $5,155,228.74

| | Claim Number | Recognized Claim | | Claim Number | Recognized Claim | | Claim Number | Recognized Claim |
|---|---|---|---|---|---|---|---|---|
| 1 | 430 | $ 1,607.47 | 82 | 530014089 | $ 2,286.48 | 163 | 530014272 | $ 165.46 |
| 2 | 530007676 | $ 23,582.02 | 83 | 530014090 | $ 686.53 | 164 | 530014274 | $ 157.35 |
| 3 | 530007677 | $ 9,021.00 | 84 | 530014091 | $ 1,174.66 | 165 | 530014276 | $ 128.74 |
| 4 | 530010498 | $ 3,332.00 | 85 | 530014093 | $ 285.56 | 166 | 530014279 | $ 1,176.06 |
| 5 | 530010499 | $ 365,068.34 | 86 | 530014094 | $ 598.56 | 167 | 530014281 | $ 547.03 |
| 6 | 530010500 | $ 979,912.18 | 87 | 530014095 | $ 694.45 | 168 | 530014282 | $ 22.06 |
| 7 | 530010501 | $ 196,809.15 | 88 | 530014097 | $ 288.78 | 169 | 530014284 | $ 114.47 |
| 8 | 530010502 | $ 2,143,282.98 | 89 | 530014098 | $ 193.95 | 170 | 530014286 | $ 92.35 |
| 9 | 530010504 | $ 165,581.96 | 90 | 530014099 | $ 1,735.78 | 171 | 530014288 | $ 116.82 |
| 10 | 530010506 | $ 76,158.97 | 91 | 530014100 | $ 750.72 | 172 | 530014290 | $ 81.80 |
| 11 | 530010507 | $ 36,578.73 | 92 | 530014101 | $ 324.73 | 173 | 530014293 | $ 107.47 |
| 12 | 530010508 | $ 16,664.58 | 93 | 530014102 | $ 3,496.85 | 174 | 530014306 | $ 198.66 |
| 13 | 530010509 | $ 101,399.94 | 94 | 530014104 | $ 1,057.65 | 175 | 530014313 | $ 217.92 |
| 14 | 530010511 | $ 19,475.70 | 95 | 530014105 | $ 2,268.46 | 176 | 530014315 | $ 116.82 |
| 15 | 530010512 | $ 1,318.07 | 96 | 530014106 | $ 2,205.99 | 177 | 530014318 | $ 20.30 |
| 16 | 530010513 | $ 4,773.95 | 97 | 530014107 | $ 460.91 | 178 | 530014321 | $ 298.48 |
| 17 | 530010514 | $ 1,440.17 | 98 | 530014108 | $ 827.32 | 179 | 530014323 | $ 169.78 |
| 18 | 530010516 | $ 28,667.49 | 99 | 530014109 | $ 244.20 | 180 | 530014331 | $ 460.71 |
| 19 | 530010517 | $ 22,736.22 | 100 | 530014111 | $ 440.56 | 181 | 530014333 | $ 86.41 |
| 20 | 530010519 | $ 10,496.38 | 101 | 530014112 | $ 1,372.78 | 182 | 530014342 | $ 273.25 |
| 21 | 530010526 | $ 30,531.35 | 102 | 530014113 | $ 276.12 | 183 | 530014343 | $ 81.55 |
| 22 | 530010528 | $ 21,313.80 | 103 | 530014114 | $ 1,454.86 | 184 | 530014344 | $ 8.73 |
| 23 | 530010529 | $ 45,193.68 | 104 | 530014115 | $ 1,396.55 | 185 | 530014346 | $ 194.34 |
| 24 | 530010605 | $ 4,075.15 | 105 | 530014116 | $ 428.91 | 186 | 530014347 | $ 148.31 |
| 25 | 530010879 | $ 22.90 | 106 | 530014117 | $ 246.75 | 187 | 530014348 | $ 261.72 |
| 26 | 530010968 | $ 84.83 | 107 | 530014118 | $ 728.08 | 188 | 530014349 | $ 120.19 |
| 27 | 530011096 | $ 26.40 | 108 | 530014119 | $ 1,000.99 | 189 | 530014350 | $ 89.34 |
| 28 | 530011149 | $ 21.90 | 109 | 530014120 | $ 1,768.72 | 190 | 530014353 | $ 369.52 |
| 29 | 530011205 | $ 392.00 | 110 | 530014121 | $ 124.82 | 191 | 530014354 | $ 264.29 |
| 30 | 530011513 | $ 27.60 | 111 | 530014122 | $ 1,269.46 | 192 | 530014359 | $ 10.47 |
| 31 | 530011714 | $ 54.00 | 112 | 530014123 | $ 650.52 | 193 | 530014367 | $ 505.14 |
| 32 | 530011800 | $ 5.30 | 113 | 530014124 | $ 416.85 | 194 | 530014368 | $ 83.36 |
| 33 | 530011951 | $ 82.68 | 114 | 530014125 | $ 272.91 | 195 | 530014370 | $ 265.99 |
| 34 | 530012055 | $ 16.63 | 115 | 530014126 | $ 489.39 | 196 | 530014372 | $ 460.71 |
| 35 | 530012242 | $ 8.28 | 116 | 530014129 | $ 531.61 | 197 | 530014373 | $ 166.80 |
| 36 | 530012322 | $ 524.41 | 117 | 530014130 | $ 2,924.13 | 198 | 530014374 | $ 485.96 |
| 37 | 530012367 | $ 489.41 | 118 | 530014131 | $ 631.35 | 199 | 530014384 | $ 1,433.84 |
| 38 | 530012388 | $ 762.00 | 119 | 530014138 | $ 1,522.69 | 200 | 530014385 | $ 189.36 |
| 39 | 530012554 | $ 2,558.00 | 120 | 530014142 | $ 742.75 | 201 | 530014387 | $ 127.03 |
| 40 | 530012616 | $ 109.20 | 121 | 530014145 | $ 1,103.99 | 202 | 530014391 | $ 175.19 |

SolarWinds Securities Litigation

Late But Otherwise Eligible Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 530012617 | $ | 109.20 | 122 | 530014146 | $ | 2,180.14 | 203 | 530014396 | $ | 460.71 |
| 42 | 530012923 | $ | 0.29 | 123 | 530014147 | $ | 367.82 | 204 | 530014398 | $ | 109.30 |
| 43 | 530013078 | $ | 2,085.79 | 124 | 530014148 | $ | 662.94 | 205 | 530014404 | $ | 342.88 |
| 44 | 530013123 | $ | 647.90 | 125 | 530014149 | $ | 611.72 | 206 | 530014407 | $ | 125.07 |
| 45 | 530013124 | $ | 647.90 | 126 | 530014154 | $ | 20,022.17 | 207 | 530014414 | $ | 75.62 |
| 46 | 530013149 | $ | 366.99 | 127 | 530014175 | $ | 861.75 | 208 | 530014416 | $ | 170.05 |
| 47 | 530013303 | $ | 31.80 | 128 | 530014177 | $ | 1,325.45 | 209 | 530014419 | $ | 182.72 |
| 48 | 530013305 | $ | 45.01 | 129 | 530014178 | $ | 1,694.20 | 210 | 530014423 | $ | 1,714.11 |
| 49 | 530013384 | $ | 187.55 | 130 | 530014180 | $ | 1,839.04 | 211 | 530014426 | $ | 113.51 |
| 50 | 530013422 | $ | 196.00 | 131 | 530014181 | $ | 2,140.00 | 212 | 530014428 | $ | 180.14 |
| 51 | 530013541 | $ | 98.00 | 132 | 530014182 | $ | 5,824.91 | 213 | 530014434 | $ | 391.81 |
| 52 | 530013542 | $ | 98.00 | 133 | 530014183 | $ | 502.99 | 214 | 530014435 | $ | 152.05 |
| 53 | 530013589 | $ | 77.65 | 134 | 530014184 | $ | 567.84 | 215 | 530014437 | $ | 111.41 |
| 54 | 530013709 | $ | 19.15 | 135 | 530014185 | $ | 2,520.47 | 216 | 530014438 | $ | 100.31 |
| 55 | 530013710 | $ | 19.15 | 136 | 530014186 | $ | 1,069.51 | 217 | 530014439 | $ | 38.86 |
| 56 | 530013723 | $ | 784.00 | 137 | 530014187 | $ | 816.00 | 218 | 530014441 | $ | 291.79 |
| 57 | 530013751 | $ | 3.01 | 138 | 530014188 | $ | 583.00 | 219 | 530014443 | $ | 261.67 |
| 58 | 530013755 | $ | 25.44 | 139 | 530014189 | $ | 554.76 | 220 | 530014445 | $ | 2,315.30 |
| 59 | 530013858 | $ | 784.00 | 140 | 530014190 | $ | 16,217.43 | 221 | 530014449 | $ | 460.71 |
| 60 | 530013860 | $ | 784.00 | 141 | 530014200 | $ | 79.38 | 222 | 530014450 | $ | 167.08 |
| 61 | 530014005 | $ | 647.90 | 142 | 530014207 | $ | 36,957.47 | 223 | 530014456 | $ | 380.00 |
| 62 | 530014013 | $ | 392.00 | 143 | 530014209 | $ | 266.28 | 224 | 530014465 | $ | 1,934.51 |
| 63 | 530014025 | $ | 99.88 | 144 | 530014214 | $ | 350.71 | 225 | 530014467 | $ | 163.93 |
| 64 | 530014030 | $ | 731.23 | 145 | 530014218 | $ | 4,005.00 | 226 | 530014469 | $ | 53.51 |
| 65 | 530014036 | $ | 2,655.92 | 146 | 530014219 | $ | 28,722.33 | 227 | 530014473 | $ | 177.61 |
| 66 | 530014039 | $ | 117.70 | 147 | 530014220 | $ | 219.03 | 228 | 530014474 | $ | 71.47 |
| 67 | 530014051 | $ | 5,074.20 | 148 | 530014221 | $ | 211.62 | 229 | 530014481 | $ | 43.84 |
| 68 | 530014054 | $ | 940.58 | 149 | 530014247 | $ | 403,808.41 | 230 | 530014483 | $ | 296.16 |
| 69 | 530014056 | $ | 194.28 | 150 | 530014248 | $ | 976.82 | 231 | 530014484 | $ | 172.76 |
| 70 | 530014075 | $ | 326.48 | 151 | 530014249 | $ | 64,648.47 | 232 | 530014485 | $ | 154.25 |
| 71 | 530014077 | $ | 569.58 | 152 | 530014252 | $ | 19,942.00 | 233 | 530014489 | $ | 327.13 |
| 72 | 530014078 | $ | 765.15 | 153 | 530014255 | $ | 120.90 | 234 | 530014490 | $ | 220.29 |
| 73 | 530014079 | $ | 468.69 | 154 | 530014256 | $ | 6,598.71 | 235 | 530014491 | $ | 717.75 |
| 74 | 530014080 | $ | 484.37 | 155 | 530014257 | $ | 6,679.95 | 236 | 530014492 | $ | 352.25 |
| 75 | 530014081 | $ | 836.76 | 156 | 530014260 | $ | 22,187.36 | 237 | 530014493 | $ | 367.60 |
| 76 | 530014082 | $ | 944.82 | 157 | 530014264 | $ | 22.42 | 238 | 530014494 | $ | 267.11 |
| 77 | 530014083 | $ | 362.04 | 158 | 530014266 | $ | 198.52 | 239 | 530014495 | $ | 624.50 |
| 78 | 530014084 | $ | 846.80 | 159 | 530014268 | $ | 156.16 | 240 | 530014497 | $ | 84,080.53 |
| 79 | 530014086 | $ | 598.50 | 160 | 530014269 | $ | 215.52 | 241 | 530014506 | $ | 44.80 |
| 80 | 530014087 | $ | 260.76 | 161 | 530014270 | $ | 572.85 | 242 | 530014509 | $ | 36.85 |
| 81 | 530014088 | $ | 6,985.27 | 162 | 530014271 | $ | 229.06 | 243 | 530014510 | $ | 4,554.99 |