# EXHIBIT G

# INVOICES

SolarWinds Securities Litigation
Invoice List

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 3/31/2023 | 90729206 | $ 27,488.77 |
| 4/30/2023 | 90742683 | $ 4,307.20 |
| 5/31/2023 | 90745515 | $ 17,374.40 |
| 6/30/2023 | 90755306 | $ 2,500.41 |
| 7/31/2023 | 90769360 | $ 42,572.26 |
| 8/31/2023 | 90776416 | $ 21,467.32 |
| 9/30/2023 | 90784452 | $ 23,672.39 |
| 10/31/2023 | 90790511 | $ 515.96 |
| 11/30/2023 | 90799547 | $ 423.93 |
| 12/31/2023 | 90812663 | $ 392.05 |
| 1/31/2024 | 90824399 | $ 2,002.69 |
| 2/29/2024 | 90828906 | $ 396.25 |
| 3/31/2024 | 90843334 | $ 458.63 |
| 4/30/2024 | 90851264 | $ 382.55 |
| 5/31/2024 | 90861430 | $ 496.91 |
| Distribution Estimate | | $ 14,988.95 |

| TOTAL | $ | 159,440.67 |
|---|---|---|

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Information**

| | |
|---|---|
| Invoice No. | 90729206 |
| Purchase Order No. | |
| Customer No. | 3000012 |
| Currency | USD |
| Contract No. | 40061966 |
| Contract Description | SolarWinds Securities Litigation |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40061966 |

Invoice Date    03/31/2023

**Comments**

Billing Period: Start to 03/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 1 | EA | 5.5600 | 5.56 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Image Notice/8-Image 100,000 | 3,229 | EA | 0.5600 | 1,808.24 |
| | **Other Expenses Billed Separately** | | | | |
| 90 | PR Newswire Release (1200 words) | 2,196 | EA | 1.0000 | 2,196.00 |
| 100 | Wall Street Journal (1/6-page ad) | 14,025 | EA | 1.0000 | 14,025.00 |
| 130 | Postage | 4,020.388 | DLR | 1.0000 | 4,020.39 |
| 140 | IVR Configuration and Recording | 1 | EA | 2,000.0000 | 2,000.00 |
| 160 | IVR Minutes of Use | 155.370 | EA | 0.1900 | 29.52 |
| 170 | Contact Center Agent Call Handling (Shar | 240 | MIN | 1.0500 | 252.00 |
| 190 | Website Deployment and Testing | 1 | EA | 2,000.0000 | 2,000.00 |
| 290 | Box Storage | 2 | EA | 3.5000 | 7.00 |
| 292 | Broker/Nominee fees | 863.415 | DLR | 1.0000 | 863.42 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90729206 | Invoice Date | 03/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: Start to 03/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 27,207.13 |
| | **Sales Tax** | | | | 281.64 |
| | **Total Amount Due** | | | | 27,488.77 |

**Open Items for Contract 40061966 as of 04/07/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| | | | Total: | 27,488.77 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:              PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:          8026542445
SWIFT:            PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | |
|---|---|
| Invoice No. | 90742683 |
| Purchase Order No. | |
| Customer No. | 3000012 |
| Currency | USD |
| Contract No. | 40061966 |
| Contract Description | SolarWinds Securities Litigation |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40061966 |

Invoice Date    04/30/2023

**Comments**

Billing Period: 04/01/2023 -  04/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 32 | EA | 5.5600 | 177.92 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Image Notice/8-Image 100,000 | 2,595 | EA | 0.5600 | 1,453.20 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 1,844.431 | DLR | 1.0000 | 1,844.43 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 54.250 | EA | 0.1900 | 10.31 |
| 170 | Contact Center Agent Call Handling (Shar | 48 | MIN | 1.0500 | 50.40 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 290 | Box Storage | 4 | EA | 3.5000 | 14.00 |
| 292 | Broker/Nominee fees | 260.820 | DLR | 1.0000 | 260.82 |

| | |
|---|---|
| **Net Amount** | 4,161.08 |
| **Sales Tax** | 146.12 |
| **Total Amount Due** | 4,307.20 |



CONFIDENTIAL



# Invoice

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | | |
|---|---|---|---|---|
| Invoice No. | 90742683 | | Invoice Date | 04/30/2023 |
| Purchase Order No. | | | | |
| Customer No. | 3000012 | | | |

**Comments**

Billing Period: 04/01/2023 -  04/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

-------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40061966 as of 05/09/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| | | | Total: | 31,795.97 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                        Billing questions: call 503-350-5800
Dallas, TX 75267-4652                or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90745515 | Invoice Date | 05/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 05/01/2023 - 05/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 159 | EA | 5.5600 | 884.04 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Image Notice/8-Image 100,000 | 486 | EA | 0.5600 | 272.16 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 393.130 | DLR | 1.0000 | 393.13 |
| 133 | Delivery Charges | 198.430 | EA | 1.0000 | 198.43 |
| 160 | IVR Minutes of Use | 202.420 | EA | 0.1900 | 38.46 |
| 170 | Contact Center Agent Call Handling (Shar | 270 | MIN | 1.0500 | 283.50 |
| 280 | Photocopy or Image | 1,150 | PAG | 0.1200 | 138.00 |
| 290 | Box Storage | 3 | EA | 3.5000 | 10.50 |
| 292 | Broker/Nominee fees | 15,033.039 | DLR | 1.0000 | 15,033.04 |

|  |  |
|---|---|
| **Net Amount** | 17,251.26 |
| **Sales Tax** | 123.14 |
| **Total Amount Due** | 17,374.40 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90745515 | Invoice Date | 05/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 05/01/2023 - 05/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | |

---------------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40061966 as of 06/08/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| | | | Total: | 49,170.37 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90755306 | Invoice Date | 06/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 06/01/2023 - 06/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 186 | EA | 5.5600 | 1,034.16 |
| | **Notice Print/Mail** | | | | |
| 60 | 12-Image Notice/8-Image 100,000 | 109 | EA | 0.5600 | 61.04 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 124.090 | DLR | 1.0000 | 124.09 |
| 133 | Delivery Charges | 929.730 | EA | 1.0000 | 929.73 |
| 160 | IVR Minutes of Use | 117.470 | EA | 0.1900 | 22.32 |
| 170 | Contact Center Agent Call Handling (Shar | 72 | MIN | 1.0500 | 75.60 |
| 280 | Photocopy or Image | 150 | PAG | 0.1200 | 18.00 |
| 290 | Box Storage | 4 | EA | 3.5000 | 14.00 |
| 292 | Broker/Nominee fees | 52.920 | DLR | 1.0000 | 52.92 |

| | |
|---|---|
| **Net Amount** | 2,331.86 |
| **Sales Tax** | 168.55 |
| **Total Amount Due** | 2,500.41 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90755306 | Invoice Date | 06/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 06/01/2023 - 06/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

-----------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40061966 as of 07/12/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| | | | Total: | 51,670.78 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90769360 | Invoice Date | 07/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 07/01/2023 - 07/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 7,032 | EA | 5.5600 | 39,097.92 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 0.880 | DLR | 1.0000 | 0.88 |
| 160 | IVR Minutes of Use | 89.130 | EA | 0.1900 | 16.93 |
| 170 | Contact Center Agent Call Handling (Shar | 96 | MIN | 1.0500 | 100.80 |
| 220 | Print/Mail Deficiency Letter | 1 | EA | 0.5000 | 0.50 |
| 280 | Photocopy or Image | 890 | PAG | 0.1200 | 106.80 |
| 290 | Box Storage | 4 | EA | 3.5000 | 14.00 |

|  |  |
|---|---|
| **Net Amount** | 39,337.83 |
| **Sales Tax** | 3,234.43 |
| **Total Amount Due** | 42,572.26 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90769360 | Invoice Date | 07/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 07/01/2023 - 07/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 08/09/2023** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| | | | Total: | 94,243.04 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 1

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90776416 | Invoice Date | 08/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**
Billing Period: 08/01/2023 - 08/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 3,563 | EA | 5.5600 | 19,810.28 |
| | **Other Expenses Billed Separately** | | | | |
| 160 | IVR Minutes of Use | 12.600 | EA | 0.1900 | 2.39 |
| 170 | Contact Center Agent Call Handling (Shar | 6 | MIN | 1.0500 | 6.30 |
| 290 | Box Storage | 4 | EA | 3.5000 | 14.00 |

| | | |
|---|---|---|
| **Net Amount** | | 19,832.97 |
| **Sales Tax** | | 1,634.35 |
| **Total Amount Due** | | 21,467.32 |

**Open Items for Contract 40061966 as of 09/11/2023**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| | | | Total: | 115,710.36 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90784452 | Invoice Date | 09/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 09/01/2023 - 09/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 3,713 | EA | 5.5600 | 20,644.28 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 641.340 | DLR | 1.0000 | 641.34 |
| 160 | IVR Minutes of Use | 274.130 | EA | 0.1900 | 52.08 |
| 170 | Contact Center Agent Call Handling (Shar | 342 | MIN | 1.0500 | 359.10 |
| 180 | Contact Center Bilingual (shared) | 12 | MIN | 1.0500 | 12.60 |
| 210 | Print/Mail Postcard Acknowledgment | 424 | EA | 0.1500 | 63.60 |
| 220 | Print/Mail Deficiency Letter | 327 | EA | 0.5000 | 163.50 |
| 290 | Box Storage | 4 | EA | 3.5000 | 14.00 |

| | |
|---|---|
| **Net Amount** | 21,950.50 |
| **Sales Tax** | 1,721.89 |
| **Total Amount Due** | 23,672.39 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90784452 | Invoice Date | 09/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 09/01/2023 - 09/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 10/08/2023** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | 23,672.39 | USD |
| | | | Total: | 139,382.75 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:           PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90790511 | Invoice Date | 10/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 10/01/2023 - 10/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 2 | EA | 5.5600 | 11.12 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 7.560 | DLR | 1.0000 | 7.56 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 71.770 | EA | 0.1900 | 13.64 |
| 170 | Contact Center Agent Call Handling (Shar | 96 | MIN | 1.0500 | 100.80 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 210 | Print/Mail Postcard Acknowledgment | 1 | EA | 0.1500 | 0.15 |
| 220 | Print/Mail Deficiency Letter | 5 | EA | 0.5000 | 2.50 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

------------------------------------------------------------------------------------------------------------------------

|  |  |
|---|---|
| **Net Amount** | 503.27 |
| **Sales Tax** | 12.69 |
| **Total Amount Due** | 515.96 |

------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90790511 | Invoice Date | 10/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 10/01/2023 - 10/31/2023

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 11/08/2023** | | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | 515.96 | USD |
| | | | Total: | 139,898.71 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90799547 | Invoice Date | 11/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period : 11/01/2023 - 11/30/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 6 | EA | 5.5600 | 33.36 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 5.360 | DLR | 1.0000 | 5.36 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 210 | Print/Mail Postcard Acknowledgment | 1 | EA | 0.1500 | 0.15 |
| 220 | Print/Mail Deficiency Letter | 6 | EA | 0.5000 | 3.00 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | |
|---|---|
| **Net Amount** | 409.37 |
| **Sales Tax** | 14.56 |
| **Total Amount Due** | 423.93 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90799547 | Invoice Date | 11/30/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period : 11/01/2023 - 11/30/2023

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 12/08/2023** | | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | 515.96 | USD |
| 11/30/2023 | Invoice | 90799547 | 12/30/2023 | 423.93 | USD |
| | | | Total: | 140,322.64 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90812663 | Invoice Date | 12/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**
Billing Period: 12/01/2023 - 12/31/2023

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 8.510 | DLR | 1.0000 | 8.51 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 210 | Print/Mail Postcard Acknowledgment | 1 | EA | 0.1500 | 0.15 |
| 220 | Print/Mail Deficiency Letter | 8 | EA | 0.5000 | 4.00 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | |
|---|---|
| **Net Amount** | 380.16 |
| **Sales Tax** | 11.89 |
| **Total Amount Due** | 392.05 |

**Open Items for Contract 40061966 as of 01/09/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90812663 | Invoice Date | 12/31/2023 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 12/01/2023 - 12/31/2023

| Item | Service | | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 01/09/2024** | | | | | | | |
| **Trans. Date** | **Type** | **Reference** | **Due Date** | | | **Amount** | **Curr.** |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | | | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | | | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | | | 515.96 | USD |
| 11/30/2023 | Invoice | 90799547 | 12/30/2023 | | | 423.93 | USD |
| 12/31/2023 | Invoice | 90812663 | 01/30/2024 | | | 392.05 | USD |
| | | | Total: | | | 140,714.69 | USD |



CONFIDENTIAL



**Invoice**

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 503-350-5800 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:           PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| Invoice No. | 90824399 | Invoice Date | 01/31/2024 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 01/01/2024 - 01/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 240 | EA | 5.5600 | 1,334.40 |
| | **Other Expenses Billed Separately** | | | | |
| 130 | Postage | 1.580 | DLR | 1.0000 | 1.58 |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 29.970 | EA | 0.1900 | 5.69 |
| 170 | Contact Center Agent Call Handling (Shar | 30 | MIN | 1.0500 | 31.50 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 220 | Print/Mail Deficiency Letter | 1 | EA | 0.5000 | 0.50 |
| 290 | Box Storage | 5 | EA | 3.5000 | 17.50 |
| 292 | Broker/Nominee fees | 139.840 | DLR | 1.0000 | 139.84 |

-------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 1,881.01 |
| **Sales Tax** | | 121.68 |
| **Total Amount Due** | | 2,002.69 |

-------------------------------------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90824399 | Invoice Date | 01/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 01/01/2024 - 01/31/2024

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 02/08/2024** | | | | | | |
| **Trans. Date** | **Type** | **Reference** | **Due Date** | | **Amount** | **Curr.** |
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | | 515.96 | USD |
| 11/30/2023 | Invoice | 90799547 | 12/30/2023 | | 423.93 | USD |
| 12/31/2023 | Invoice | 90812663 | 01/30/2024 | | 392.05 | USD |
| 01/31/2024 | Invoice | 90824399 | 03/01/2024 | | 2,002.69 | USD |
| | | | Total: | | 142,717.38 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**

Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90828906 | Invoice Date | 02/29/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 02/01/2024 - 02/29/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Other Expenses Billed Separately** | | | | |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 5.800 | EA | 0.1900 | 1.10 |
| 170 | Contact Center Agent Call Handling (Shar | 12 | MIN | 1.0500 | 12.60 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 290 | Box Storage | 6 | EA | 3.5000 | 21.00 |

| | | |
|---|---|---|
| **Net Amount** | | 384.70 |
| **Sales Tax** | | 11.55 |
| **Total Amount Due** | | 396.25 |

**Open Items for Contract 40061966 as of 03/08/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | 515.96 | USD |



CONFIDENTIAL





# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| Invoice No. | 90828906 | Invoice Date | 02/29/2024 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 02/01/2024 - 02/29/2024

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 03/08/2024** | | | | | | |
| **Trans. Date** | **Type** | **Reference** | **Due Date** | | **Amount** | **Curr.** |
| 11/30/2023 | Invoice | 90799547 | 12/30/2023 | | 423.93 | USD |
| 12/31/2023 | Invoice | 90812663 | 01/30/2024 | | 392.05 | USD |
| 01/31/2024 | Invoice | 90824399 | 03/01/2024 | | 2,002.69 | USD |
| 02/29/2024 | Invoice | 90828906 | 03/30/2024 | | 396.25 | USD |
| | | | Total: | | 143,113.63 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | |
|---|---|---|
| Invoice No. | 90843334 | Invoice Date   03/31/2024 |
| Purchase Order No. | | |
| Customer No. | 3000012 | |
| Currency | USD | |
| Contract No. | 40061966 | |
| Contract Description | SolarWinds Securities Litigation | |
| Terms of Payment | Net due in 30 days | |
| Internal Reference No | 40061966 | |

**Comments**

Billing Period: 03/01/2024 - 03/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 8 | EA | 5.5600 | 44.48 |
| | **Other Expenses Billed Separately** | | | | |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 160 | IVR Minutes of Use | 14.380 | EA | 0.1900 | 2.73 |
| 170 | Contact Center Agent Call Handling (Shar | 24 | MIN | 1.0500 | 25.20 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 290 | Box Storage | 6 | EA | 3.5000 | 21.00 |

---

| | | |
|---|---|---|
| **Net Amount** | | 443.41 |
| **Sales Tax** | | 15.22 |
| **Total Amount Due** | | 458.63 |

---

**Open Items for Contract 40061966 as of 04/05/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90843334 | Invoice Date | 03/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 03/01/2024 - 03/31/2024

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 04/05/2024** | | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | 515.96 | USD |
| 11/30/2023 | Invoice | 90799547 | 12/30/2023 | 423.93 | USD |
| 12/31/2023 | Invoice | 90812663 | 01/30/2024 | 392.05 | USD |
| 01/31/2024 | Invoice | 90824399 | 03/01/2024 | 2,002.69 | USD |
| 02/29/2024 | Invoice | 90828906 | 03/30/2024 | 396.25 | USD |
| 03/31/2024 | Invoice | 90843334 | 04/30/2024 | 458.63 | USD |
| | | | Total: | 143,572.26 | USD |



CONFIDENTIAL



# Invoice

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:   031207607
Acct No:       8026542445
SWIFT:         PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90851264 | Invoice Date | 04/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40061966 | | |
| Contract Description | SolarWinds Securities Litigation | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40061966 | | |

**Comments**

Billing Period: 04/01/2024 - 04/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Other Expenses Billed Separately** | | | | |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 290 | Box Storage | 6 | EA | 3.5000 | 21.00 |

|  |  |
|---|---|
| **Net Amount** | 371.00 |
| **Sales Tax** | 11.55 |
| **Total Amount Due** | 382.55 |

**Open Items for Contract 40061966 as of 05/08/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | 515.96 | USD |
| 11/30/2023 | Invoice | 90799547 | 12/30/2023 | 423.93 | USD |
| 12/31/2023 | Invoice | 90812663 | 01/30/2024 | 392.05 | USD |
| 01/31/2024 | Invoice | 90824399 | 03/01/2024 | 2,002.69 | USD |
| 02/29/2024 | Invoice | 90828906 | 03/30/2024 | 396.25 | USD |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90851264 | Invoice Date | 04/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 04/01/2024 - 04/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 05/08/2024** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2024 | Invoice | 90843334 | 04/30/2024 | 458.63 | USD |
| 04/30/2024 | Invoice | 90851264 | 05/30/2024 | 382.55 | USD |
| | | | Total: | 143,954.81 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:            PNC Bank, N.A.
Wire Routing:  043000096
ACH Routing:  031207607
Acct No:        8026542445
SWIFT:          PNCCUS33

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | |
|---|---|
| Invoice No. | 90861430 |
| Invoice Date | 05/31/2024 |
| Purchase Order No. | |
| Customer No. | 3000012 |
| Currency | USD |
| Contract No. | 40061966 |
| Contract Description | SolarWinds Securities Litigation |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40061966 |

**Comments**
Billing Period: 05/01/2024 - 05/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing** | | | | |
| 30 | Claims Processing 1-25,000 | 19 | EA | 5.5600 | 105.64 |
| | **Other Expenses Billed Separately** | | | | |
| 150 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 200 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 290 | Box Storage | 6 | EA | 3.5000 | 21.00 |

| | | |
|---|---|---|
| **Net Amount** | | 476.64 |
| **Sales Tax** | | 20.27 |
| **Total Amount Due** | | 496.91 |

**Open Items for Contract 40061966 as of 06/10/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/31/2023 | Invoice | 90729206 | 04/30/2023 | 27,488.77 | USD |
| 04/30/2023 | Invoice | 90742683 | 05/30/2023 | 4,307.20 | USD |
| 05/31/2023 | Invoice | 90745515 | 06/30/2023 | 17,374.40 | USD |
| 06/30/2023 | Invoice | 90755306 | 07/30/2023 | 2,500.41 | USD |
| 07/31/2023 | Invoice | 90769360 | 08/30/2023 | 42,572.26 | USD |
| 08/31/2023 | Invoice | 90776416 | 09/30/2023 | 21,467.32 | USD |
| 09/30/2023 | Invoice | 90784452 | 10/30/2023 | 23,672.39 | USD |
| 10/31/2023 | Invoice | 90790511 | 11/30/2023 | 515.96 | USD |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90861430 | Invoice Date | 05/31/2024 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 05/01/2024 - 05/31/2024

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40061966 as of 06/10/2024** | | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2023 | Invoice | 90799547 | 12/30/2023 | 423.93 | USD |
| 12/31/2023 | Invoice | 90812663 | 01/30/2024 | 392.05 | USD |
| 01/31/2024 | Invoice | 90824399 | 03/01/2024 | 2,002.69 | USD |
| 02/29/2024 | Invoice | 90828906 | 03/30/2024 | 396.25 | USD |
| 03/31/2024 | Invoice | 90843334 | 04/30/2024 | 458.63 | USD |
| 04/30/2024 | Invoice | 90851264 | 05/30/2024 | 382.55 | USD |
| 05/31/2024 | Invoice | 90861430 | 06/30/2024 | 496.91 | USD |
| | | | Total: | 144,451.72 | USD |



CONFIDENTIAL



# SolarWinds Securities Litigation
# Distribution Estimate

### Initial Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 1,000 |
| De minimis letters | 300 |
| Percentage of Undeliverables | 10% |
| Reissues | 150 |
| Duration | 12 months |

### Detailed Estimate

# SolarWinds Securities Litigation

| Activity | Unit | Rate | | Volume | Amount | |
|---|---|---|---|---|---|---|
| IVR Minutes of Use | Per Minute | $ | 0.17 | 156 | $ | 26.52 |
| Live Agent Minutes of Use | Per Minute | $ | 0.95 | 234 | $ | 222.30 |
| Print/Mail Checks | Per Check | $ | 0.30 | 1,150 | $ | 345.00 |
| ACH/Wire Payments | Per Wire | $ | 25 | 100 | $ | 2,500.00 |
| De Minimis Postcard | Per Piece | $ | 0.13 | 300 | $ | 38.28 |
| Postage - Distribution | Per Piece | $ | 0.52 | 1,450 | $ | 746.75 |
| Photocopies | As Incurred | $ | 0.12 | 10,000 | $ | 1,200.00 |
| Delivery | As Incurred | $ | 1.00 | 2,000 | $ | 2,000.00 |
| Box Storage | Per Box/Mo | $ | 3.50 | 1,060 | $ | 3,710.00 |
| Web Hosting | Per Month | $ | 175.00 | 12 | $ | 2,100.00 |
| IVR Maintenance Fee | Per Month | $ | 175.00 | 12 | $ | 2,100.00 |

**Total Estimated Costs**     **$     14,988.85**